UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>BLACKROCK, INC.,<br>STATE STREET CORPORATION,<br>THE VANGUARD GROUP, INC.,<br><br>         Defendants. | CIVIL ACTION NO. 6:24-cv-00437-JDK |

**APPENDIX IN SUPPORT OF DEFENDANT THE VANGUARD GROUP, INC.'S
MEMORANDUM OF LAW IN FURTHER SUPPORT OF
DEFENDANTS' JOINT MOTION TO DISMISS**

 The Vanguard Group, Inc. respectfully submits the following appendix of exhibits supporting its memorandum in support of Defendants' joint motion to dismiss.

**INDEX OF EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | 2021 Securities Exchange Commission Form N-PX Report, Annual Report of Proxy Voting Record for Vanguard Total Stock Market Index Fund (excerpts) |
| 2 | 2022 Securities Exchange Commission Form N-PX Report, Annual Report of Proxy Voting Record for Vanguard Total Stock Market Index Fund (excerpts) |
| 3 | 2023 Securities Exchange Commission Form N-PX Report, Annual Report of Proxy Voting Record for Vanguard Total Stock Market Index Fund (excerpts) |
| 4 | *Vanguard*, THE NET ZERO ASSET MANAGEMENT INITIATIVE (Dec. 4, 2022) (cited in Amended Complaint ¶ 137 n.73) |
| 5 | *Investment Stewardship: 2021 Annual Report*, VANGUARD (JUNE 20, 2013) (cited in Amended Complaint ¶ 157 n.99) (excerpts) |
| 6 | Letter from F. William McNabb III, Vanguard's Chairman and CEO (Feb. 27, 2015) (cited in Amended Complaint ¶ 155 n.97) |
| 7 | *Vanguard Investment Stewardship Insights: Vanguard's expectations for companies with significant coal exposure*, VANGUARD (Dec. 2021) (cited in Amended Complaint ¶ 138 n.74) |