# Exhibit 1

```
<DOCUMENT>
<TYPE>N-PX
<SEQUENCE>1
<FILENAME>tm2121856d11_npx.txt
<DESCRIPTION>N-PX
<TEXT>
```

                          UNITED STATES
                SECURITIES AND EXCHANGE COMMISSION
                       WASHINGTON, D.C. 20549


                            FORM N-PX

              ANNUAL REPORT OF PROXY VOTING RECORD
                              OF
              REGISTERED MANAGEMENT INVESTMENT COMPANIES

INVESTMENT COMPANY ACT FILE NUMBER:        811-2652

NAME OF REGISTRANT:                        VANGUARD INDEX FUNDS

ADDRESS OF REGISTRANT:                     PO BOX 2600, VALLEY FORGE, PA 19482

NAME AND ADDRESS OF AGENT FOR SERVICE:     ANNE E. ROBINSON
                                           PO BOX 876
                                           VALLEY FORGE, PA 19482

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE:   (610) 669-1000

DATE OF FISCAL YEAR END:                   DECEMBER 31

DATE OF REPORTING PERIOD:                  JULY 1, 2020 - JUNE 30, 2021

<PAGE>

****************************** FORM N-Px REPORT *******************************
ICA File Number: 81102652E
Reporting Period: 07/01/2020 - 06/30/2021
VANGUARD INDEX FUNDS

Each investment advisor's votes cast are shown separately below. Sections
without an investment advisor listed reflect votes cast at the discretion of the
Fund. The votes reported do not reflect any votes cast pursuant to a regulatory
requirement.




==================== VANGUARD TOTAL STOCK MARKET INDEX FUND ====================

```
#     Proposal                                Mgt Rec    Vote Cast   Sponsor
1.1   Elect Director Christopher J. Baldwin   For        For         Management
1.2   Elect Director Ken Parent               For        For         Management
1.3   Elect Director Robert Steele            For        For         Management
2     Ratify PricewaterhouseCoopers LLP as    For        For         Management
      Auditors
3     Advisory Vote to Ratify Named           For        For         Management
      Executive Officers' Compensation
```

--------------------------------------------------------------------------------

BLACK DIAMOND THERAPEUTICS, INC.

```
Ticker:         BDTX            Security ID:   09203E105
Meeting Date: JUN 18, 2021      Meeting Type: Annual
Record Date:  APR 21, 2021

#     Proposal                                Mgt Rec    Vote Cast   Sponsor
1.1   Elect Director Alexander Mayweg         For        For         Management
1.2   Elect Director Rajeev Shah              For        For         Management
1.3   Elect Director Robert A. Ingram         For        For         Management
2     Ratify PricewaterhouseCoopers LLP as    For        For         Management
      Auditors
```

--------------------------------------------------------------------------------

BLACK HILLS CORPORATION

```
Ticker:         BKH             Security ID:   092113109
Meeting Date: APR 27, 2021      Meeting Type: Annual
Record Date:  MAR 08, 2021

#     Proposal                                Mgt Rec    Vote Cast   Sponsor
1.1   Elect Director Linden R. Evans          For        For         Management
1.2   Elect Director Barry M. Granger         For        For         Management
1.3   Elect Director Tony A. Jensen           For        For         Management
1.4   Elect Director Steven R. Mills          For        For         Management
1.5   Elect Director Scott M. Prochazka       For        For         Management
2     Ratify Deloitte & Touche LLP as         For        For         Management
      Auditors
3     Advisory Vote to Ratify Named           For        For         Management
      Executive Officers' Compensation
```

--------------------------------------------------------------------------------

BLACK KNIGHT, INC.

```
Ticker:        COP              Security ID:   20825C104
Meeting Date: MAY 11, 2021      Meeting Type: Annual
Record Date:   MAR 15, 2021

#      Proposal                                   Mgt Rec    Vote Cast   Sponsor
1a     Elect Director Charles E. Bunch            For        For         Management
1b     Elect Director Caroline Maury Devine       For        For         Management
1c     Elect Director John V. Faraci              For        For         Management
1d     Elect Director Jody Freeman                For        For         Management
1e     Elect Director Gay Huey Evans              For        For         Management
1f     Elect Director Jeffrey A. Joerres          For        For         Management
1g     Elect Director Ryan M. Lance               For        For         Management
1h     Elect Director Timothy A. Leach            For        For         Management
1i     Elect Director William H. McRaven          For        For         Management
1j     Elect Director Sharmila Mulligan           For        For         Management
1k     Elect Director Eric D. Mullins             For        For         Management
1l     Elect Director Arjun N. Murti              For        For         Management
1m     Elect Director Robert A. Niblock           For        For         Management
1n     Elect Director David T. Seaton             For        For         Management
1o     Elect Director R.A. Walker                 For        For         Management
2      Ratify Ernst & Young LLP as Auditor        For        For         Management
3      Advisory Vote to Ratify Named              For        For         Management
       Executive Officers' Compensation
4      Adopt Simple Majority Vote                 For        For         Shareholder
5      Emission Reduction Targets                 Against    For         Shareholder
```

--------------------------------------------------------------------------------

CONSOL ENERGY INC.

```
Ticker:        CEIX             Security ID:   20854L108
Meeting Date: DEC 29, 2020      Meeting Type: Special
Record Date:   NOV 27, 2020

#      Proposal                                   Mgt Rec    Vote Cast   Sponsor
1      Issue Shares in Connection with Merger     For        For         Management
2      Adjourn Meeting                            For        For         Management
```

--------------------------------------------------------------------------------

CONSOL ENERGY INC.

```
Ticker:        CEIX             Security ID:   20854L108
Meeting Date: APR 28, 2021      Meeting Type: Annual
Record Date:   MAR 05, 2021

#      Proposal                                   Mgt Rec    Vote Cast   Sponsor
1a     Elect Director Sophie Bergeron             For        For         Management
```

```
1b       Elect Director James A. Brock              For       For        Management
1c       Elect Director John T. Mills               For       For        Management
1d       Elect Director William P. Powell           For       For        Management
2        Ratify Ernst & Young LLP as Auditors       For       For        Management
3        Advisory Vote to Ratify Named              For       For        Management
         Executive Officers' Compensation


--------------------------------------------------------------------------------

CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.

Ticker:          CNSL             Security ID:  209034107
Meeting Date: APR 26, 2021        Meeting Type: Annual
Record Date:  FEB 25, 2021

#        Proposal                                   Mgt Rec   Vote Cast  Sponsor
1        Elect Director David G. Fuller             For       For        Management
2        Ratify Ernst & Young LLP as Auditors       For       For        Management
3        Advisory Vote to Ratify Named              For       For        Management
         Executive Officers' Compensation
4        Increase Authorized Common Stock           For       For        Management
5        Declassify the Board of Directors          For       For        Management
6        Approve Issuance of Shares for a           For       For        Management
         Private Placement
7        Amend Omnibus Stock Plan                   For       For        Management


--------------------------------------------------------------------------------

CONSOLIDATED EDISON, INC.

Ticker:          ED               Security ID:  209115104
Meeting Date: MAY 17, 2021        Meeting Type: Annual
Record Date:  MAR 22, 2021

#        Proposal                                   Mgt Rec   Vote Cast  Sponsor
1.1      Elect Director Timothy P. Cawley           For       For        Management
1.2      Elect Director Ellen V. Futter             For       For        Management
1.3      Elect Director John F. Killian             For       For        Management
1.4      Elect Director Karol V. Mason              For       For        Management
1.5      Elect Director John McAvoy                 For       For        Management
1.6      Elect Director Dwight A. McBride           For       For        Management
1.7      Elect Director William J. Mulrow           For       For        Management
1.8      Elect Director Armando J. Olivera          For       For        Management
1.9      Elect Director Michael W. Ranger           For       For        Management
1.10     Elect Director Linda S. Sanford            For       For        Management
1.11     Elect Director Deirdre Stanley             For       For        Management
1.12     Elect Director L. Frederick Sutherland     For       For        Management
2        Ratify PricewaterhouseCoopers LLP as       For       For        Management
```

```
--------------------------------------------------------------------------------

NACCO INDUSTRIES, INC.

Ticker:         NC                 Security ID:    629579103
Meeting Date: MAY 19, 2021    Meeting Type: Annual
Record Date:  MAR 24, 2021

#      Proposal                                   Mgt Rec    Vote Cast    Sponsor
1.1    Elect Director J.C. Butler, Jr.            For        For          Management
1.2    Elect Director John S. Dalrymple, III      For        For          Management
1.3    Elect Director John P. Jumper              For        For          Management
1.4    Elect Director Dennis W. LaBarre           For        For          Management
1.5    Elect Director Michael S. Miller           For        For          Management
1.6    Elect Director Richard de J. Osborne       For        For          Management
1.7    Elect Director Alfred M. Rankin, Jr.       For        For          Management
1.8    Elect Director Matthew M. Rankin           For        For          Management
1.9    Elect Director Roger F. Rankin             For        For          Management
1.10   Elect Director Lori J. Robinson            For        For          Management
1.11   Elect Director Robert S. Shapard           For        For          Management
1.12   Elect Director Britton T. Taplin           For        For          Management
2      Amend Restricted Stock Plan                For        For          Management
3      Amend Non-Employee Director Restricted     For        For          Management
       Stock Plan
4      Advisory Vote to Ratify Named              For        For          Management
       Executive Officers' Compensation
5      Ratify Ernst & Young LLP as Auditors       For        For          Management


--------------------------------------------------------------------------------

NANOSTRING TECHNOLOGIES, INC.

Ticker:         NSTG               Security ID:    63009R109
Meeting Date: JUN 16, 2021    Meeting Type: Annual
Record Date:  APR 20, 2021

#      Proposal                                   Mgt Rec    Vote Cast    Sponsor
1a     Elect Director Elisha W. Finney            For        For          Management
1b     Elect Director Gregory Norden              For        For          Management
1c     Elect Director Janet George                For        For          Management
1d     Elect Director Charles P. Waite            For        For          Management
2      Ratify Ernst & Young LLP as Auditors       For        For          Management
3      Advisory Vote to Ratify Named              For        For          Management
       Executive Officers' Compensation


--------------------------------------------------------------------------------

NANTHEALTH, INC.
```

```
--------------------------------------------------------------------------------

PEABODY ENERGY CORPORATION

Ticker:         BTU              Security ID:   704551100
Meeting Date: MAY 06, 2021       Meeting Type: Annual
Record Date:  MAR 11, 2021

#       Proposal                                Mgt Rec    Vote Cast   Sponsor
1a      Elect Director Bob Malone               For        For         Management
1b      Elect Director Samantha B. Algaze       For        For         Management
1c      Elect Director Andrea E. Bertone        For        For         Management
1d      Elect Director William H. Champion      For        For         Management
1e      Elect Director Nicholas J. Chirekos     For        For         Management
1f      Elect Director Stephen E. Gorman        For        For         Management
1g      Elect Director Glenn L. Kellow          For        For         Management
1h      Elect Director Joe W. Laymon            For        For         Management
1i      Elect Director David J. Miller          For        For         Management
1j      Elect Director Michael W. Sutherlin     For        For         Management
1k      Elect Director Darren R. Yeates         For        For         Management
2       Advisory Vote to Ratify Named           For        For         Management
        Executive Officers' Compensation
3       Ratify Ernst & Young LLP as Auditors    For        For         Management


--------------------------------------------------------------------------------

PEAPACK-GLADSTONE FINANCIAL CORPORATION

Ticker:         PGC              Security ID:   704699107
Meeting Date: MAY 04, 2021       Meeting Type: Annual
Record Date:  MAR 10, 2021

#       Proposal                                Mgt Rec    Vote Cast   Sponsor
1.1     Elect Director Carmen M. Bowser         For        For         Management
1.2     Elect Director Susan A. Cole            For        For         Management
1.3     Elect Director Anthony J. Consi, II     For        For         Management
1.4     Elect Director Richard Daingerfield     For        For         Management
1.5     Elect Director Edward A. Gramigna, Jr.  For        For         Management
1.6     Elect Director Peter D. Horst           For        For         Management
1.7     Elect Director Steven A. Kass           For        For         Management
1.8     Elect Director Douglas L. Kennedy       For        For         Management
1.9     Elect Director F. Duffield Meyercord    For        For         Management
1.10    Elect Director Patrick J. Mullen        For        For         Management
1.11    Elect Director Philip W. Smith, III     For        For         Management
1.12    Elect Director Tony Spinelli            For        For         Management
1.13    Elect Director Beth Welsh               For        For         Management
2       Advisory Vote to Ratify Named           For        For         Management
```

---

WARNER MUSIC GROUP CORP.

```
Ticker:        WMG              Security ID:   934550203
Meeting Date:  MAR 02, 2021     Meeting Type:  Annual
Record Date:   JAN 07, 2021
```

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1a | Elect Director Stephen Cooper | For | For | Management |
| 1b | Elect Director Lincoln Benet | For | Against | Management |
| 1c | Elect Director Alex Blavatnik | For | Against | Management |
| 1d | Elect Director Len Blavatnik | For | Against | Management |
| 1e | Elect Director Mathias Dopfner | For | For | Management |
| 1f | Elect Director Noreena Hertz | For | For | Management |
| 1g | Elect Director Ynon Kreiz | For | For | Management |
| 1h | Elect Director Ceci Kurzman | For | For | Management |
| 1i | Elect Director Thomas H. Lee | For | For | Management |
| 1j | Elect Director Michael Lynton | For | Against | Management |
| 1k | Elect Director Donald A. Wagner | For | Against | Management |
| 2 | Ratify KPMG LLP as Auditors | For | For | Management |
| 3 | Advisory Vote to Ratify Named Executive Officers' Compensation | For | For | Management |
| 4 | Advisory Vote on Say on Pay Frequency | Three Years | One Year | Management |

---

WARRIOR MET COAL, INC.

```
Ticker:        HCC              Security ID:   93627C101
Meeting Date:  APR 27, 2021     Meeting Type:  Annual
Record Date:   MAR 05, 2021
```

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1.1 | Elect Director Stephen D. Williams | For | For | Management |
| 1.2 | Elect Director Ana B. Amicarella | For | For | Management |
| 1.3 | Elect Director J. Brett Harvey | For | For | Management |
| 1.4 | Elect Director Walter J. Scheller, III | For | For | Management |
| 1.5 | Elect Director Alan H. Schumacher | For | Withhold | Management |
| 1.6 | Elect Director Gareth N. Turner | For | For | Management |
| 2 | Advisory Vote to Ratify Named Executive Officers' Compensation | For | For | Management |
| 3 | Ratify Ernst & Young LLP as Auditors | For | For | Management |

---