# Exhibit 2

```
<DOCUMENT>
<TYPE>N-PX
<SEQUENCE>1
<FILENAME>tm2221142d11_npx.txt
<DESCRIPTION>N-PX
<TEXT>
```

                        UNITED STATES
              SECURITIES AND EXCHANGE COMMISSION
                     WASHINGTON, D.C. 20549

                          FORM N-PX

              ANNUAL REPORT OF PROXY VOTING RECORD
                              OF
              REGISTERED MANAGEMENT INVESTMENT COMPANIES

INVESTMENT COMPANY ACT FILE NUMBER:         811-2652

NAME OF REGISTRANT:                         VANGUARD INDEX FUNDS

ADDRESS OF REGISTRANT:                      PO BOX 2600, VALLEY FORGE, PA 19482

NAME AND ADDRESS OF AGENT FOR SERVICE:      ANNE E. ROBINSON
                                            PO BOX 876
                                            VALLEY FORGE, PA 19482

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE:    (610) 669-1000

DATE OF FISCAL YEAR END:                    DECEMBER 31

DATE OF REPORTING PERIOD:                   JULY 1, 2021 - JUNE 30, 2022

<PAGE>

  ****************************** FORM N-Px REPORT ******************************
ICA File Number: 81102652E
Reporting Period: 07/01/2021 - 06/30/2022
VANGUARD INDEX FUNDS

Each investment advisor's votes cast are shown separately below. Sections
without an investment advisor listed reflect votes cast at the discretion of the
Fund. The votes reported do not reflect any votes cast pursuant to a regulatory
requirement.




==================== VANGUARD TOTAL STOCK MARKET INDEX FUND ====================

| | | | | |
|---|---|---|---|---|
| 5b | Elect Director Matthew Dragonetti as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5c | Elect Director Seamus Fearon as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5d | Elect Director H. Beau Franklin as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5e | Elect Director Jerome Halgan as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5f | Elect Director James Haney as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5g | Elect Director Chris Hovey as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5h | Elect Director W. Preston Hutchings as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5i | Elect Director Pierre Jal as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5j | Elect Director Francois Morin as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5k | Elect Director David J. Mulholland as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5l | Elect Director Chiara Nannini as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5m | Elect Director Maamoun Rajeh as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |
| 5n | Elect Director Christine Todd as Designated Company Director of Non-U.S. Subsidiaries | For | For | Management |

--------------------------------------------------------------------------------

ARCH RESOURCES, INC.

Ticker:        ARCH            Security ID:    03940R107
Meeting Date:  MAY 13, 2022    Meeting Type:   Annual
Record Date:   MAR 24, 2022

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|

```
1.1     Elect Director Patrick J. Bartels, Jr.   For       For         Management
1.2     Elect Director James N. Chapman          For       For         Management
1.3     Elect Director John W. Eaves             For       For         Management
1.4     Elect Director Holly Keller Koeppel      For       For         Management
1.5     Elect Director Patrick A. Kriegshauser   For       For         Management
1.6     Elect Director Paul A. Lang              For       For         Management
1.7     Elect Director Richard A. Navarre        For       For         Management
1.8     Elect Director Molly P. Zhang (aka       For       For         Management
        Peifang Zhang)
2       Advisory Vote to Ratify Named            For       For         Management
        Executive Officers' Compensation
3       Ratify Ernst & Young LLP as Auditor      For       For         Management
```

--------------------------------------------------------------------------------

ARCHAEA ENERGY INC.

```
Ticker:         LFG             Security ID:    03940F103
Meeting Date: MAY 18, 2022      Meeting Type: Annual
Record Date:  MAR 23, 2022

#       Proposal                                 Mgt Rec   Vote Cast   Sponsor
1.1     Elect Director J. Kyle Derham            For       For         Management
1.2     Elect Director Kathryn Jackson           For       For         Management
1.3     Elect Director Scott Parkes              For       For         Management
2       Ratify KPMG LLP as Auditors              For       For         Management
```

--------------------------------------------------------------------------------

ARCHER AVIATION INC.

```
Ticker:         ACHR            Security ID:    03945R102
Meeting Date: JUN 10, 2022      Meeting Type: Annual
Record Date:  APR 14, 2022

#       Proposal                                 Mgt Rec   Vote Cast   Sponsor
1.1     Elect Director Deborah Diaz              For       For         Management
1.2     Elect Director Fred Diaz                 For       For         Management
2       Amend Omnibus Stock Plan                 For       Against     Management
3       Ratify PricewaterhouseCoopers LLP as     For       For         Management
        Auditors
```

--------------------------------------------------------------------------------

ARCHER-DANIELS-MIDLAND COMPANY

```
Ticker:         ADM             Security ID:    039483102
```

```
7        Report on GHG Emissions Reduction       Against    Against    Shareholder
         Targets
8        Report on Lobbying Payments and Policy  Against    Against    Shareholder
```

--------------------------------------------------------------------------------

CONSENSUS CLOUD SOLUTIONS, INC.

```
Ticker:         CCSI           Security ID:  20848V105
Meeting Date: JUN 15, 2022     Meeting Type: Annual
Record Date:  APR 18, 2022

#     Proposal                                  Mgt Rec    Vote Cast  Sponsor
1a    Elect Director Nathaniel (Nate) Simmons   For        For        Management
1b    Elect Director Douglas Bech               For        For        Management
2     Ratify BDO USA, LLP as Auditors           For        For        Management
```

--------------------------------------------------------------------------------

CONSOL ENERGY INC.

```
Ticker:         CEIX           Security ID:  20854L108
Meeting Date: APR 26, 2022     Meeting Type: Annual
Record Date:  MAR 04, 2022

#     Proposal                                  Mgt Rec    Vote Cast  Sponsor
1a    Elect Director William P. Powell          For        For        Management
1b    Elect Director Sophie Bergeron            For        For        Management
1c    Elect Director James A. Brock             For        For        Management
1d    Elect Director John T. Mills              For        For        Management
1e    Elect Director Joseph P. Platt            For        For        Management
1f    Elect Director Edwin S. Roberson          For        For        Management
2     Ratify Ernst & Young LLP as Auditors      For        For        Management
3     Advisory Vote to Ratify Named             For        For        Management
      Executive Officers' Compensation
```

--------------------------------------------------------------------------------

CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.

```
Ticker:         CNSL           Security ID:  209034107
Meeting Date: MAY 02, 2022     Meeting Type: Annual
Record Date:  MAR 03, 2022

#     Proposal                                  Mgt Rec    Vote Cast  Sponsor
1.1   Elect Director Robert J. Currey           For        Withhold   Management
1.2   Elect Director Andrew S. Frey             For        For        Management
```

```
              Auditors
  3           Advisory Vote to Ratify Named              For          Against       Management
              Executive Officers' Compensation
  4           Amend Omnibus Stock Plan                   For          For           Management


--------------------------------------------------------------------------------

NACCO INDUSTRIES, INC.

Ticker:         NC                Security ID:   629579103
Meeting Date: MAY 18, 2022    Meeting Type: Annual
Record Date:  MAR 22, 2022

#       Proposal                                    Mgt Rec      Vote Cast     Sponsor
1.1     Elect Director J.C. Butler, Jr.             For          For           Management
1.2     Elect Director John S. Dalrymple, III       For          For           Management
1.3     Elect Director John P. Jumper               For          For           Management
1.4     Elect Director Dennis W. LaBarre            For          For           Management
1.5     Elect Director Michael S. Miller            For          For           Management
1.6     Elect Director Richard de J. Osborne        For          For           Management
1.7     Elect Director Alfred M. Rankin, Jr.        For          For           Management
1.8     Elect Director Matthew M. Rankin            For          For           Management
1.9     Elect Director Roger F. Rankin              For          For           Management
1.10    Elect Director Lori J. Robinson             For          For           Management
1.11    Elect Director Robert S. Shapard            For          For           Management
1.12    Elect Director Britton T. Taplin            For          For           Management
2       Advisory Vote to Ratify Named               For          For           Management
        Executive Officers' Compensation
3       Ratify Ernst & Young LLP as Auditors        For          For           Management


--------------------------------------------------------------------------------

NANOSTRING TECHNOLOGIES, INC.

Ticker:         NSTG              Security ID:   63009R109
Meeting Date: JUN 17, 2022    Meeting Type: Annual
Record Date:  APR 21, 2022

#       Proposal                                    Mgt Rec      Vote Cast     Sponsor
1.1     Elect Director Dana Rollison                For          For           Management
1.2     Elect Director William D. Young             For          For           Management
2       Ratify Ernst & Young LLP as Auditors        For          For           Management
3       Advisory Vote to Ratify Named               For          For           Management
        Executive Officers' Compensation
4       Approve Omnibus Stock Plan                  For          For           Management
5       Declassify the Board of Directors           None         For           Shareholder
```

```
--------------------------------------------------------------------------------

PDS BIOTECHNOLOGY CORPORATION

Ticker:         PDSB            Security ID:   70465T107
Meeting Date: JAN 19, 2022      Meeting Type: Special
Record Date:  NOV 29, 2021

#       Proposal                                Mgt Rec    Vote Cast   Sponsor
1       Amend Omnibus Stock Plan                For        For         Management



--------------------------------------------------------------------------------

PDS BIOTECHNOLOGY CORPORATION

Ticker:         PDSB            Security ID:   70465T107
Meeting Date: JUN 15, 2022      Meeting Type: Annual
Record Date:  APR 22, 2022

#       Proposal                                Mgt Rec    Vote Cast   Sponsor
1.1     Elect Director Stephen Glover           For        For         Management
1.2     Elect Director Gregory Freitag          For        For         Management
1.3     Elect Director Richard Sykes            For        For         Management
2       Ratify KPMG LLP as Auditors             For        For         Management
3       Advisory Vote to Ratify Named           For        For         Management
        Executive Officers' Compensation



--------------------------------------------------------------------------------

PEABODY ENERGY CORPORATION

Ticker:         BTU             Security ID:   704551100
Meeting Date: MAY 05, 2022      Meeting Type: Annual
Record Date:  MAR 10, 2022

#       Proposal                                Mgt Rec    Vote Cast   Sponsor
1a      Elect Director Bob Malone               For        For         Management
1b      Elect Director Samantha B. Algaze       For        For         Management
1c      Elect Director Andrea E. Bertone        For        For         Management
1d      Elect Director William H. Champion      For        For         Management
1e      Elect Director Nicholas J. Chirekos     For        For         Management
1f      Elect Director Stephen E. Gorman        For        For         Management
1g      Elect Director James C. Grech           For        For         Management
1h      Elect Director Joe W. Laymon            For        For         Management
1i      Elect Director David J. Miller          For        For         Management
2       Advisory Vote to Ratify Named           For        For         Management
        Executive Officers' Compensation
3       Ratify Ernst & Young LLP as Auditors    For        For         Management
```

```
1f       Elect Director Nancy Dubuc                  For        For        Management
1g       Elect Director Noreena Hertz                For        Against    Management
1h       Elect Director Ynon Kreiz                   For        Against    Management
1i       Elect Director Ceci Kurzman                 For        Against    Management
1j       Elect Director Michael Lynton               For        Against    Management
1k       Elect Director Donald A. Wagner             For        Against    Management
2        Ratify KPMG LLP as Auditors                 For        For        Management


--------------------------------------------------------------------------------

WARRIOR MET COAL, INC.

Ticker:         HCC                Security ID:   93627C101
Meeting Date: APR 26, 2022         Meeting Type: Annual
Record Date:  MAR 04, 2022

#        Proposal                                    Mgt Rec    Vote Cast  Sponsor
1.1      Elect Director Stephen D. Williams          For        For        Management
1.2      Elect Director Ana B. Amicarella            For        For        Management
1.3      Elect Director J. Brett Harvey              For        For        Management
1.4      Elect Director Walter J. Scheller, III      For        For        Management
1.5      Elect Director Alan H. Schumacher           For        For        Management
2        Advisory Vote to Ratify Named               For        For        Management
         Executive Officers' Compensation
3        Amend Securities Transfer Restrictions      For        For        Management
4        Ratify Section 382 Rights Agreement         For        For        Management
5        Ratify Ernst & Young LLP as Auditors        For        For        Management
6        Require a Majority Vote for the             Against    Against    Shareholder
         Election of Directors


--------------------------------------------------------------------------------

WASHINGTON FEDERAL, INC.

Ticker:         WAFD               Security ID:   938824109
Meeting Date: JAN 25, 2022         Meeting Type: Annual
Record Date:  NOV 22, 2021

#        Proposal                                    Mgt Rec    Vote Cast  Sponsor
1.1      Elect Director R. Shawn Bice                For        For        Management
1.2      Elect Director Linda S. Brower              For        For        Management
1.3      Elect Director Sean B. Singleton            For        For        Management
1.4      Elect Director Sylvia R. Hampel             For        For        Management
2        Advisory Vote to Ratify Named               For        For        Management
         Executive Officers' Compensation
3        Ratify Deloitte & Touche LLP as             For        For        Management
         Auditors
```