# Exhibit 3

```
<DOCUMENT>
<TYPE>N-PX
<SEQUENCE>1
<FILENAME>tm2322108d11_npx.txt
<DESCRIPTION>N-PX
<TEXT>
```

                        UNITED STATES
              SECURITIES AND EXCHANGE COMMISSION
                     WASHINGTON, D.C. 20549

                           FORM N-PX

              ANNUAL REPORT OF PROXY VOTING RECORD
                               OF
              REGISTERED MANAGEMENT INVESTMENT COMPANIES

INVESTMENT COMPANY ACT FILE NUMBER:      811-2652

NAME OF REGISTRANT:                      VANGUARD INDEX FUNDS

ADDRESS OF REGISTRANT:                   PO BOX 2600, VALLEY FORGE, PA 19482

NAME AND ADDRESS OF AGENT FOR SERVICE:   ANNE E. ROBINSON
                                         PO BOX 876
                                         VALLEY FORGE, PA 19482

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE:   (610) 669-1000

DATE OF FISCAL YEAR END:                 DECEMBER 31

DATE OF REPORTING PERIOD:                JULY 1, 2022 - JUNE 30, 2023

`<PAGE>`

****************************** FORM N-Px REPORT *******************************
ICA File Number: 81102652E
Reporting Period: 07/01/2022 - 06/30/2023
VANGUARD INDEX FUNDS

Each  investment advisor's votes cast are shown separately below. Sections
without  an  investment advisor listed reflect votes cast by the Fund. The votes
reported do not reflect any votes cast pursuant to a regulatory requirement.


==================== VANGUARD TOTAL STOCK MARKET INDEX FUND ====================


1-800-FLOWERS.COM, INC.

| #  | Proposal | Mgt Rec | Vote Cast | Sponsor |
|----|----------|---------|-----------|---------|
| 1a | Elect Director Michael W. Bonney | For | For | Management |
| 1b | Elect Director Yvonne L. Greenstreet | For | For | Management |
| 1c | Elect Director Phillip A. Sharp | For | For | Management |
| 1d | Elect Director Elliott Sigal | For | For | Management |
| 2  | Advisory Vote to Ratify Named Executive Officers' Compensation | For | For | Management |
| 3  | Advisory Vote on Say on Pay Frequency | One Year | One Year | Management |
| 4  | Ratify PricewaterhouseCoopers LLP as Auditors | For | For | Management |

---

ALPHA AND OMEGA SEMICONDUCTOR LIMITED

Ticker:         AOSL            Security ID:  G6331P104
Meeting Date:   NOV 29, 2022    Meeting Type: Annual
Record Date:    OCT 10, 2022

| #   | Proposal | Mgt Rec | Vote Cast | Sponsor |
|-----|----------|---------|-----------|---------|
| 1.1 | Elect Director Mike F. Chang | For | For | Management |
| 1.2 | Elect Director Lucas S. Chang | For | For | Management |
| 1.3 | Elect Director Stephen C. Chang | For | For | Management |
| 1.4 | Elect Director Claudia Chen | For | For | Management |
| 1.5 | Elect Director So-Yeon Jeong | For | For | Management |
| 1.6 | Elect Director Hanqing (Helen) Li | For | For | Management |
| 1.7 | Elect Director King Owyang | For | For | Management |
| 1.8 | Elect Director Michael L. Pfeiffer | For | For | Management |
| 1.9 | Elect Director Michael J. Salameh | For | For | Management |
| 2   | Advisory Vote to Ratify Named Executive Officers' Compensation | For | For | Management |
| 3   | Amend Omnibus Stock Plan | For | For | Management |
| 4   | Ratify Baker Tilly US, LLP as Auditors | For | For | Management |

---

ALPHA METALLURGICAL RESOURCES, INC.

Ticker:         AMR             Security ID:  020764106
Meeting Date:   MAY 03, 2023    Meeting Type: Annual
Record Date:    MAR 10, 2023

| #  | Proposal | Mgt Rec | Vote Cast | Sponsor |
|----|----------|---------|-----------|---------|
| 1a | Elect Director Joanna Baker de Neufville | For | For | Management |
| 1b | Elect Director Kenneth S. Courtis | For | For | Management |
| 1c | Elect Director C. Andrew Eidson | For | For | Management |

```
1d       Elect Director Albert E. Ferrara, Jr.     For       For       Management
1e       Elect Director Elizabeth A. Fessenden     For       For       Management
1f       Elect Director Michael Gorzynski          For       For       Management
1g       Elect Director Michael J. Quillen         For       For       Management
1h       Elect Director Daniel D. Smith            For       For       Management
1i       Elect Director David J. Stetson           For       For       Management
2        Eliminate Supermajority Vote              For       For       Management
         Requirement
3        Ratify RSM US LLP as Auditors             For       For       Management
4        Advisory Vote to Ratify Named             For       For       Management
         Executive Officers' Compensation


--------------------------------------------------------------------------------

ALPHA PRO TECH, LTD.

Ticker:        APT            Security ID:  020772109
Meeting Date: JUN 12, 2023    Meeting Type: Annual
Record Date:  APR 13, 2023

#        Proposal                                  Mgt Rec   Vote Cast Sponsor
1.1      Elect Director James Buchan               For       For       Management
1.2      Elect Director David R. Garcia            For       For       Management
1.3      Elect Director Lloyd Hoffman              For       For       Management
1.4      Elect Director Donna Millar               For       For       Management
1.5      Elect Director Danny Montgomery           For       For       Management
1.6      Elect Director John Ritota                For       For       Management
1.7      Elect Director Benjamin A. Shaw           For       For       Management
2        Ratify Tanner LLC as Auditors             For       For       Management
3        Advisory Vote to Ratify Named             For       For       Management
         Executive Officers' Compensation


--------------------------------------------------------------------------------

ALPHA TEKNOVA, INC.

Ticker:        TKNO           Security ID:  02080L102
Meeting Date: JUN 13, 2023    Meeting Type: Annual
Record Date:  APR 21, 2023

#        Proposal                                  Mgt Rec   Vote Cast Sponsor
1.1      Elect Director Irene Davis                For       Withhold  Management
1.2      Elect Director J. Matthew Mackowski       For       Withhold  Management
1.3      Elect Director Brett Robertson            For       For       Management
2        Ratify Ernst & Young LLP as Auditors      For       For       Management


--------------------------------------------------------------------------------
```

```
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6e           Elect Director James Haney as              For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6f           Elect Director Chris Hovey as              For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6g           Elect Director Pierre Jal as               For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6h           Elect Director Francois Morin as           For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6i           Elect Director David J. Mulholland as      For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6j           Elect Director Chiara Nannini as           For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6k           Elect Director Maamoun Rajeh as            For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries
    6l           Elect Director Christine Todd as           For         For         Management
                 Designated Company Director of Non-U.S.
                 Subsidiaries


--------------------------------------------------------------------------------

ARCH COAL INC.

Ticker:         ARCH            Security ID:    03940R107
Meeting Date: MAY 12, 2023      Meeting Type: Annual
Record Date:   MAR 17, 2023

#       Proposal                                    Mgt Rec     Vote Cast   Sponsor
1.1     Elect Director James N. Chapman             For         For         Management
1.2     Elect Director John W. Eaves                For         For         Management
1.3     Elect Director Holly Keller Koeppel         For         For         Management
1.4     Elect Director Patrick A. Kriegshauser      For         For         Management
1.5     Elect Director Paul A. Lang                 For         For         Management
1.6     Elect Director Richard A. Navarre           For         For         Management
1.7     Elect Director Molly P. Zhang (aka          For         For         Management
        Peifang Zhang)
2       Advisory Vote to Ratify Named               For         For         Management
        Executive Officers' Compensation
3       Advisory Vote on Say on Pay Frequency       One Year    One Year    Management
4       Ratify Ernst & Young LLP as Auditors        For         For         Management
```

```
3       Advisory Vote to Ratify Named              For        For        Management
        Executive Officers' Compensation
4       Advisory Vote on Say on Pay Frequency      None       One Year   Management
5       Provide Right to Call Special Meeting      For        For        Management
6       Approve Omnibus Stock Plan                 For        For        Management
7       Require Independent Board Chair            Against    Against    Shareholder
8       Adopt Share Retention Policy For           Against    Against    Shareholder
        Senior Executives
9       Report on Tax Transparency                 Against    Against    Shareholder
10      Report on Lobbying Payments and Policy     Against    Against    Shareholder


--------------------------------------------------------------------------------

CONSENSUS CLOUD SOLUTIONS, INC.

Ticker:         CCSI           Security ID:   20848V105
Meeting Date: JUN 15, 2023     Meeting Type: Annual
Record Date:  APR 18, 2023

#       Proposal                                   Mgt Rec    Vote Cast  Sponsor
1a      Elect Director Elaine Healy                For        For        Management
1b      Elect Director Stephen Ross                For        For        Management
2       Ratify BDO USA, LLP as Auditors-           None       None       Management
        Withdrawn
3       Advisory Vote on Say on Pay Frequency      One Year   One Year   Management


--------------------------------------------------------------------------------

CONSOL ENERGY INC.

Ticker:         CEIX           Security ID:   20854L108
Meeting Date: APR 27, 2023     Meeting Type: Annual
Record Date:  MAR 03, 2023

#       Proposal                                   Mgt Rec    Vote Cast  Sponsor
1a      Elect Director William P. Powell           For        For        Management
1b      Elect Director Valli Perera                For        For        Management
1c      Elect Director James A. Brock              For        For        Management
1d      Elect Director John T. Mills               For        For        Management
1e      Elect Director Joseph P. Platt             For        For        Management
1f      Elect Director Cassandra Chia-Wei Pan      For        For        Management
2       Ratify Ernst & Young LLP as Auditors       For        For        Management
3       Advisory Vote to Ratify Named              For        For        Management
        Executive Officers' Compensation


--------------------------------------------------------------------------------
```

```
NABORS INDUSTRIES LTD.

Ticker:         NBR             Security ID:  G6359F137
Meeting Date: JUN 06, 2023      Meeting Type: Annual
Record Date:  APR 10, 2023

#     Proposal                                 Mgt Rec    Vote Cast   Sponsor
1.1   Elect Director Tanya S. Beder            For        For         Management
1.2   Elect Director Anthony R. Chase          For        For         Management
1.3   Elect Director James R. Crane            For        For         Management
1.4   Elect Director John P. Kotts             For        For         Management
1.5   Elect Director Michael C. Linn           For        For         Management
1.6   Elect Director Anthony G. Petrello       For        For         Management
1.7   Elect Director John Yearwood             For        For         Management
2     Approve PricewaterhouseCoopers LLP       For        For         Management
      Auditors and Authorize Board to Fix
      Their Remuneration
3     Advisory Vote to Ratify Named            For        Against     Management
      Executive Officers' Compensation
4     Advisory Vote on Say on Pay Frequency    One Year   One Year    Management


--------------------------------------------------------------------------------

NACCO INDUSTRIES, INC.

Ticker:         NC              Security ID:  629579103
Meeting Date: MAY 16, 2023      Meeting Type: Annual
Record Date:  MAR 21, 2023

#     Proposal                                 Mgt Rec    Vote Cast   Sponsor
1.1   Elect Director J.C. Butler, Jr.          For        For         Management
1.2   Elect Director John S. Dalrymple, III    For        For         Management
1.3   Elect Director John P. Jumper            For        For         Management
1.4   Elect Director Dennis W. LaBarre         For        For         Management
1.5   Elect Director Michael S. Miller         For        For         Management
1.6   Elect Director Alfred M. Rankin, Jr.     For        For         Management
1.7   Elect Director Matthew M. Rankin         For        For         Management
1.8   Elect Director Roger F. Rankin           For        For         Management
1.9   Elect Director Lori J. Robinson          For        For         Management
1.10  Elect Director Valerie Gentile Sachs     For        For         Management
1.11  Elect Director Robert S. Shapard         For        For         Management
1.12  Elect Director Britton T. Taplin         For        For         Management
2     Amend Restricted Stock Plan              For        For         Management
3     Advisory Vote to Ratify Named            For        Against     Management
      Executive Officers' Compensation
4     Ratify Ernst & Young LLP as Auditors     For        For         Management


--------------------------------------------------------------------------------
```

---

PDC ENERGY, INC.

```
Ticker:        PDCE           Security ID:   69327R101
Meeting Date: MAY 24, 2023    Meeting Type: Annual
Record Date:  MAR 29, 2023

#      Proposal                              Mgt Rec    Vote Cast   Sponsor
1.1    Elect Director Barton R. Brookman     For        For         Management
1.2    Elect Director Pamela R. Butcher      For        For         Management
1.3    Elect Director Mark E. Ellis          For        For         Management
1.4    Elect Director Paul J. Korus          For        For         Management
1.5    Elect Director Lynn A. Peterson       For        For         Management
1.6    Elect Director Carlos A. Sabater      For        For         Management
1.7    Elect Director Diana L. Sands         For        For         Management
2      Advisory Vote to Ratify Named         For        For         Management
       Executive Officers' Compensation
3      Ratify PricewaterhouseCoopers LLP as  For        For         Management
       Auditors
4      Advisory Vote on Say on Pay Frequency One Year   One Year    Management
```

---

PDF SOLUTIONS, INC.

```
Ticker:        PDFS           Security ID:   693282105
Meeting Date: JUN 13, 2023    Meeting Type: Annual
Record Date:  APR 14, 2023

#      Proposal                              Mgt Rec    Vote Cast   Sponsor
1.1    Elect Director Joseph R. Bronson      For        For         Management
1.2    Elect Director Ye Jane Li             For        For         Management
2      Ratify BPM LLP as Auditors            For        For         Management
3      Amend Omnibus Stock Plan              For        For         Management
4      Advisory Vote to Ratify Named         For        For         Management
       Executive Officers' Compensation
5      Advisory Vote on Say on Pay Frequency One Year   One Year    Management
```

---

PEABODY ENERGY CORPORATION

```
Ticker:        BTU            Security ID:   704551100
Meeting Date: MAY 04, 2023    Meeting Type: Annual
Record Date:  MAR 09, 2023
```

```
#       Proposal                                 Mgt Rec    Vote Cast   Sponsor
1a      Elect Director Bob Malone                For        For         Management
1b      Elect Director Samantha B. Algaze        For        For         Management
1c      Elect Director Andrea E. Bertone         For        For         Management
1d      Elect Director William H. Champion       For        For         Management
1e      Elect Director Nicholas J. Chirekos      For        For         Management
1f      Elect Director Stephen E. Gorman         For        For         Management
1g      Elect Director James C. Grech            For        For         Management
1h      Elect Director Joe W. Laymon             For        For         Management
1i      Elect Director David J. Miller           For        For         Management
2       Advisory Vote to Ratify Named            For        For         Management
        Executive Officers' Compensation
3       Ratify Ernst & Young LLP as Auditors     For        For         Management

--------------------------------------------------------------------------------

PEAPACK-GLADSTONE FINANCIAL CORPORATION

Ticker:         PGC             Security ID:   704699107
Meeting Date:   MAY 02, 2023    Meeting Type:  Annual
Record Date:    MAR 08, 2023

#       Proposal                                 Mgt Rec    Vote Cast   Sponsor
1.1     Elect Director Carmen M. Bowser          For        For         Management
1.2     Elect Director Susan A. Cole             For        For         Management
1.3     Elect Director Anthony J. Consi, II      For        For         Management
1.4     Elect Director Richard Daingerfield      For        For         Management
1.5     Elect Director Edward A. Gramigna, Jr.   For        For         Management
1.6     Elect Director Peter D. Horst            For        For         Management
1.7     Elect Director Steven A. Kass            For        For         Management
1.8     Elect Director Douglas L. Kennedy        For        For         Management
1.9     Elect Director F. Duffield Meyercord     For        For         Management
1.10    Elect Director Patrick J. Mullen         For        For         Management
1.11    Elect Director Philip W. Smith, III      For        For         Management
1.12    Elect Director Tony Spinelli             For        For         Management
1.13    Elect Director Beth Welsh                For        For         Management
2       Advisory Vote to Ratify Named            For        For         Management
        Executive Officers' Compensation
3       Advisory Vote on Say on Pay Frequency    One Year   One Year    Management
4       Amend Omnibus Stock Plan                 For        For         Management
5       Ratify Crowe LLP as Auditors             For        For         Management

--------------------------------------------------------------------------------

PEBBLEBROOK HOTEL TRUST

Ticker:         PEB             Security ID:   70509V100
Meeting Date:   MAY 23, 2023    Meeting Type:  Annual
```

```
1k      Elect Director Donald A. Wagner          For        Against     Management
2       Ratify KPMG LLP as Auditors              For        For         Management
```

---

WARRIOR MET COAL, INC.

```
Ticker:         HCC             Security ID:   93627C101
Meeting Date:   APR 25, 2023    Meeting Type:  Annual
Record Date:    MAR 03, 2023

#       Proposal                                    Mgt Rec    Vote Cast   Sponsor
1.1     Elect Director Ana B. Amicarella            For        For         Management
1.2     Elect Director J. Brett Harvey              For        For         Management
1.3     Elect Director Walter J. Scheller, III      For        For         Management
1.4     Elect Director Lisa M. Schnorr              For        For         Management
1.5     Elect Director Alan H. Schumacher           For        For         Management
1.6     Elect Director Stephen D. Williams          For        For         Management
2       Advisory Vote to Ratify Named               For        For         Management
        Executive Officers' Compensation
3       Ratify Ernst & Young LLP as Auditors        For        For         Management
```

---

WASHINGTON FEDERAL, INC.

```
Ticker:         WAFD            Security ID:   938824109
Meeting Date:   FEB 14, 2023    Meeting Type:  Annual
Record Date:    DEC 12, 2022

#       Proposal                                    Mgt Rec    Vote Cast   Sponsor
1.1     Elect Director Stephen M. Graham            For        For         Management
1.2     Elect Director David K. Grant               For        For         Management
1.3     Elect Director Randall H. Talbot            For        For         Management
2       Approve Nonqualified Employee Stock         For        For         Management
        Purchase Plan
3       Amend Deferred Compensation Plan            For        For         Management
4       Advisory Vote to Ratify Named               For        For         Management
        Executive Officers' Compensation
5       Ratify Deloitte & Touche LLP as             For        For         Management
        Auditors
```

---

WASHINGTON FEDERAL, INC.

```
Ticker:         WAFD            Security ID:   938824109
```