# Exhibit 5



# Vanguard

# Investment Stewardship

## 2021 Annual Report

# At a glance

In 2021, we engaged with 1,074 companies representing $3.5 trillion in equity assets under management. Our team of more than 60 investment stewardship professionals conducted voting and engagement activities on behalf of Vanguard's internally managed equity funds in a virtual work environment as the COVID-19 pandemic entered its second year.

**1,074**
companies engaged

**1,447**
engagements with directors and other stakeholders

**29**
markets represented in our engagements

**177,307**
proposals voted on

**12,937**
companies where a proposal was voted on

**$3.5T**
equity assets under management engaged

Our four principles    Our program    At a glance    Regional roundup    Case studies    Tables