UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>BLACKROCK, INC.,<br>STATE STREET CORPORATION,<br>THE VANGUARD GROUP, INC.,<br><br>         Defendants. | CIVIL ACTION NO. 6:24-cv-00437-JDK |

### [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS AS TO DEFENDANT THE VANGUARD GROUP, INC.

ON THIS DAY, the Court considered Defendants' Joint Motion to Dismiss Counts I–XIV and XVIII of the Amended Complaint (the "Motion"). Upon review of the Motion, the documents on file, and any arguments of counsel, the Court finds that the Motion should be, and hereby is, **GRANTED** as to Defendant The Vanguard Group, Inc.

**IT IS ORDERED** that Plaintiffs' claims against Defendant The Vanguard Group, Inc. are **DISMISSED WITH PREJUDICE**.