# EXHIBIT 7



2023 CIDI PLAN

# State Street Bank and Trust Company

## Public Section

December 1, 2023

# 4. Additional Information

**4.1 Description of Core Lines of Business**

State Street has two core business lines:

- Global Custody

- Investment Management

State Street leverages its global network and an integrated technology infrastructure to provide its clients with a worldwide platform for growth and create advanced solutions that can support investment strategies in virtually any market.

*4.1.1 Global Custody*

State Street is a leading provider of financial services and products designed to meet the needs of institutional investors worldwide.

Through our subsidiaries, including the principal banking subsidiary, State Street Bank and Trust Company, we provide a broad range of financial products and services to institutional investors worldwide, with $36.74 trillion of Assets Under Custody and Administration (AUCA) as of December 31, 2022.[3]

*4.1.1.1 US Business*

Our Global Custody line of business performs core custody and related value-added functions, such as providing institutional investors with clearing, settlement and payment services. Our financial services and products allow our large institutional investor clients to execute financial transactions on a daily basis in markets across the globe. As most institutional investors cannot economically or efficiently build their own technology and operational processes necessary to facilitate their global securities settlement needs, our primary role as a global trust and custody bank is to aid our clients to efficiently perform services associated with the clearing, settlement and execution of securities transactions and related payments. These activities are elemental to maintaining stability in the financial markets.

---

[3] Source: Form 10-K filed for State Street Corporation on February 16, 2023, for the year ended December 31, 2022.