# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,  §  <br> §  <br> Plaintiffs,  §  <br> §  <br> v.  §   Case No. 6:24-cv-437-JDK  <br> §  <br> BLACKROCK, INC., et al.,  §  <br> §  <br> Defendants.  § | |

## ORDER SETTING ORAL ARGUMENT

Before the Court are Defendants' joint motion to dismiss (Docket No. 64) and Defendant Blackrock, Inc.'s motion to dismiss (Docket No. 65).

In light of the issues presented, the Court **SETS** the motions for oral argument in-person on **June 9, 2025, at 9:30 a.m.**, at the William M. Steger Federal Building and United States Courthouse, 221 West Ferguson Street, Tyler, Texas 75702. Lead counsel for each party or, alternatively, counsel with authority to bind their respective clients, shall be present and should be prepared to address the pending motions.

So **ORDERED** and **SIGNED** this **11th** day of **April, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE