IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 6:24-cv-00437-JDK |
| | § | |
| BLACKROCK, INC., | § | |
| STATE STREET CORPORATION, | § | |
| AND THE VANGUARD GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS BLACKROCK, INC., STATE STREET CORPORATION, AND THE VANGUARD GROUP, INC'S., MOTIONS TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Upon consideration of Defendants' Joint Motion to Dismiss the Amended Complaint, the responses thereto, Defendant BlackRock, Inc.'s Motion to Dismiss the Consumer-Protection Counts XV–XXI of the Amendment Complaint, the response thereto, and all of the amicus briefs, it is hereby **ORDERED** that the motions to dismiss be **DENIED**.

```
_____
JEREMY KERNODLE
UNITED STATES DISTRICT JUDGE
```