In the United States District Court
For the Eastern District of Texas
Tyler Division

| | |
|---|---|
| State of Texas, et al., § § § *Plaintiffs*, § § v. § § Blackrock, Inc., § State Street Corporation, § and The Vanguard Group, Inc., § § *Defendants*. § § | No. 6:24-cv-00437-JDK |

**ORDER DENYING DEFENDANTS BLACKROCK, INC., STATE STREET CORPORATION, AND THE VANGUARD GROUP, INC'S., MOTIONS TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Upon consideration of Defendants' Joint Motion to Dismiss the Amended Complaint, the responses thereto, Defendant BlackRock, Inc.'s Motion to Dismiss the Consumer-Protection Counts XV–XXI of the Amendment Complaint, the response thereto, and all of the amicus briefs, it is hereby **ORDERED** that the motions to dismiss be **DENIED**.