# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| State of Texas, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00437 |
| BlackRock, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed amicus Power the Future.

Date: 05/07/2025

/s/Matthew D. Hardin
*Attorney's signature*

Matthew D. Hardin, DC Bar No. 1032711
*Printed name and bar number*

Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
*Address*

MatthewDHardin@gmail.com
*E-mail address*

(202) 802-1948
*Telephone number*

*FAX number*