# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLACKROCK, INC., et al., <br><br> Defendants. | Case No. 6:24-cv-437-JDK |

## ORDER

Before the Court is Defendants' unopposed motion to modify the page limitation on reply briefing. Docket No. 101.

Having considered the motion, the Court finds it should be **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Rule 12(b) reply briefs will not exceed 40 pages.

So **ORDERED** and **SIGNED** this **30th** day of **May, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE