IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et. al.*, <br><br>      *Plaintiffs*, <br><br>  v. <br><br>BLACKROCK, INC., <br>STATE STREET CORP., <br>THE VANGUARD GROUP, INC., <br><br>      *Defendants*. | Civil Action No. 6:24-cv-00437-JDK |

**UNOPPOSED MOTION OF THE FEDERAL TRADE COMMISSION AND
THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE AT ORAL
ARGUMENT ON JUNE 9**

      The Federal Trade Commission ("FTC" or "Commission") and the United States of America through the U.S. Department of Justice (collectively, the "Agencies") respectfully move to participate in the oral argument on Defendants' motions to dismiss scheduled for June 9, 2025, and in support state as follows:

      1.    On April 11, 2025, this Court set a hearing for June 9, 2025, at 9:30 a.m. to hear oral argument on Defendants' joint motion to dismiss (Docket No. 64) and Defendant Blackrock, Inc.'s motion to dismiss (Docket No. 65).

      2.    On May 22, 2025, the Agencies filed a Statement of Interest pursuant to 28 U.S.C. § 517 (Docket No. 99).

      3.    The Agencies now request leave to participate in the oral argument scheduled for June 9, 2025, through the lead attorney for the United States, David Lawrence, who would present argument on behalf of both Agencies.

      4.    The Agencies request leave to participate in the oral argument because they have a strong interest in the proper application of Section 7 of the Clayton Act, 15 U.S.C. § 18, as well

1

as Section 1 of the Sherman Act, 15 U.S.C. § 1. In their Statement of Interest, the Agencies explained the proper application of the antitrust laws and urged the Court to reject multiple legal errors put forth by Defendants.

5. The Agencies believe that their participation at the oral argument, in whatever form and extent the Court deems appropriate, will assist the Court in adjudicating the pending motions to dismiss.

6. Counsel for the Plaintiff States have informed the Agencies that they consent to the request. Counsel for each of the Defendants have informed the Agencies that they take no position with respect to the request.

WHEREFORE, the Agencies respectfully request leave to participate at the June 9, 2025, oral argument set in this matter.

Dated: June 3, 2025

/s/ *Clarke T. Edwards*
CLARKE T. EDWARDS

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: 202-650-8569
Facsimile: 202-326-2326
DC Bar No. 1011154
E-mail: cedwards@ftc.gov

*Attorney for the Federal Trade Commission*

Respectfully submitted,

/s/ *David B. Lawrence*
DAVID B. LAWRENCE

U.S. Department of Justice,
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: 202-532-4698
Facsimile: 202-514-0306
CT Bar No. 430642
E-mail: david.lawrence@usdoj.gov

*Attorney for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I caused the foregoing to be filed through this Court's CM/ECF filer system, which will serve a notice of electronic filing on all registered users, including counsel for all parties.

/s/ *David B. Lawrence*

**CERTIFICATE OF CONFERENCE**

I hereby certify that moving counsel have complied with the meet and confer requirement in Local Rule CV-7(h), and the motion is unopposed. Counsel for Plaintiffs indicated that they consent to the request. Counsel for Defendants indicated that they take no position with respect to the request.

/s/ *David B. Lawrence*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et. al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>BLACKROCK, INC.,<br>STATE STREET CORP.,<br>THE VANGUARD GROUP, INC.,<br><br>      *Defendants*. | Civil Action No. 6:24-cv-00437-JDK |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO PARTICIPATE AT ORAL ARGUMENT ON JUNE 9

Before the Court is the Federal Trade Commission and the United States of America's unopposed motion to participate in the oral argument on Defendants' motions to dismiss scheduled for June 9, 2025. After considering the same, the Court is of the opinion that the motion should be GRANTED.

IT IS ORDERED that counsel for the United States, on behalf of the Agencies, shall be present and participate in the oral argument on June 9, 2025, at 9:30 a.m., at the William M. Steger Federal Building and United States Courthouse, 221 West Ferguson Street, Tyler, Texas 75702.