# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BLACKROCK, INC., et al., § <br> § <br> Defendants. § | Case No. 6:24-cv-437-JDK |

## ORDER

Before the Court is the Federal Trade Commission and the United States of America's unopposed motion to participate at oral argument on Defendants' motions to dismiss scheduled for June 9, 2025. Docket No. 106.

The Court **GRANTS** the motion. It is **ORDERED** that counsel for the United States, on behalf of both the United States and the Federal Trade Commission, shall be present and participate in the oral argument on June 9, 2025, at 9:30 a.m., at the William M. Steger Federal Building and United States Courthouse, 221 West Ferguson Street, Tyler, Texas 75702.

So **ORDERED** and **SIGNED** this **4th** day of **June, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE