IN UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF TEXAS
TYLER DIVISION

**DATE: June 9, 2025**

| DISTRICT JUDGE<br>Jeremy D. Kernodle Wimberley | COURT REPORTER: Shea Sloan<br>COURTROOM DEPUTY: Suzanne |
|---|---|
| State of Texas, et al<br><br>v.<br><br>Blackrock, Inc., State Street Corp., and Vanguard Group, Inc. | 6:24-cv-437 |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Brian Barnes | Gregg Costa |
| John Ramer | Rachel Brass |
| Austin Kinghorn | Prerak Shah |
|  | Perry Lange |
|  | Jason Powers |
|  | Robert Wick |
|  | Bradley Weber |
| **ATTORNEYS FOR UNITED STATES OF AMERICA** |  |
| David Lawrence |  |
| Clarke Edwards |  |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, Texas:

| TIME: | MINUTES: Motions Hearing – Docket Nos. [64] and [65] |
|---|---|
| 9:31 am | Court in session. Case called. Appearances noted. |
| 9:32 am | Mr. Costa presents argument regarding Clayton Act violations on behalf of Defendant Blackrock, Inc. |
| 9:56 am | Mr. Wick presents argument on behalf of Defendant Vanguard Group, Inc. |
| 10:01 am | Mr. Powers presents argument on behalf of Defendant State Street Corp. |
| 10:09 am | Mr. Barnes presents argument on behalf of Plaintiffs. |

| | |
|---|---|
| 10:31 am | Mr. Lawrence presents information on behalf of the Department of Justice, Antitrust Division. |
| 10:41 am | Mr. Costa presents rebuttal and argument regarding Sherman Act violations. |
| 10:57 am | Argument by Mr. Wick. |
| 11:06 am | Argument by Mr. Powers. |
| 11:10 am | Court in recess for break. |
| 11:21 am | Court resumes.  Mr. Wick presents brief statement. |
| 11:22 am | Mr. Barnes presents further argument. |
| 11:39 am | Mr. Lawrence presents further information. |
| 11:44 am | Rebuttal by Mr. Costa. |
| 11:47 am | Rebuttal by Mr. Wick. |
| 11:50 am | Rebuttal by Mr. Powers. |
| 11:53 am | Mr. Barnes presents further argument. |
| 11:54 am | Ms. Glass presents argument on behalf of Blackrock's Motion to Dismiss [65]. |
| 11:56 am | Mr. Barnes presents argument. |
| 11:57 am | Ms. Glass presents additional argument. |
| 11:58 am | Court addresses the parties. |
| 12:00 pm | Court takes the matters under advisement.  Court adjourned. |

DAVID O'TOOLE, CLERK

BY:   Suzanne Wimberley   
         Courtroom Deputy