IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | No. 6:24-cv-00437-JDK |
| | § | |
| BLACKROCK, INC., | § | |
| STATE STREET CORPORATION, | § | |
| AND THE VANGUARD GROUP, INC., | § | |
| | § | |
|     *Defendants*. | § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

TO THE HONORABLE JEREMY KERNODLE, UNITED STATES DISTRICT JUDGE:

Defendants BlackRock, Inc., State Street Corporation, and The Vanguard Group, Inc. (collectively, "Defendants") file this Unopposed Motion to Extend Responsive Pleading Deadline (the "Motion") and respectfully request that the Court extend Defendants' answer deadline to September 15, 2025.[1]

The Plaintiff States filed their original complaint against Defendants on November 27, 2024 (Docket No. 1), and filed an amended complaint on January 16, 2025 (Docket No. 50). Defendants moved to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on March 17, 2025 (Docket Nos. 64–67). On August 1, 2025, the Court entered a memorandum opinion and order granting in part and denying in part Defendants' motions to dismiss (Docket No. 113). Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants'

---

[1] Defendants previously submitted this request on August 11, 2025, as an unopposed application for extension of time to answer complaint (Docket No. 116). After consultation with the clerk's office, Defendants hereby resubmit their request as an unopposed motion.

deadline to answer Plaintiffs' amended complaint is fourteen days following notice of the ruling—August 15, 2025.

Good cause exists for an extension. *See* FED. R. CIV. P. 6(b)(1)(A). The amended complaint is lengthy and Defendants will require additional time to investigate the factual bases of many of the allegations. Accordingly, Defendants respectfully request that the Court enter an order extending Defendants' deadline to answer or otherwise respond to the amended complaint to **September 15, 2025**. This extension is in the interest of justice and does not prejudice any party.

For all the reasons stated above, Defendants respectfully urge that the Court grant this unopposed Motion and extend Defendants' responsive pleading deadline to September 15, 2025.

Dated: August 14, 2025                                              Respectfully submitted,

*/s/ Jason M. Powers*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
Stacey Neumann Vu
  Texas Bar No. 24047047
  svu@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue
Suite 4700
Houston, TX 77002
Phone: (713) 758-2222

George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
Megan Cloud
  Texas Bar No. 24116207
  mcloud@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Phone (214) 220-7719

        Stephen M. Medlock (*pro hac vice*)
         DC Bar No. 995636
         smedlock@velaw.com
        VINSON & ELKINS LLP
        2200 Pennsylvania Avenue NW
        Suite 500 West
        Washington, DC 20037
        Phone (202) 639-6578

        *Attorneys for Defendant State Street Corporation*


        */s/ Robert D. Wick*
        Robert D. Wick (*pro hac vice*)
         DC Bar No. 440817
         rwick@cov.com
        John S. Playforth (*pro hac vice*)
         MA Bar No. 675766
         jplayforth@cov.com
        Shadman Zaman (*pro hac vice*)
         NY Bar No. 5418199
         szaman@cov.com
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001-4956
        Tel: (202) 662-6000

        Bradley C. Weber
         State Bar No. 21042470
         brad.weber@troutman.com
        Chase T. Cobb
         State Bar No. 24116208
         chase.cobb@troutman.com
        TROUTMAN PEPPER LOCKE LLP
        2200 Ross Avenue, Suite 280
        Dallas, Texas 75201
        Tel: (214) 740-8497
        Fax: (214) 756-8497

        *Attorneys for Defendant The Vanguard Group, Inc.*

*/s/ Gregg Costa*
Gregg Costa
  State Bar No. 24028160
  GCosta@gibsondunn.com
Prerak Shah
  State Bar No. 24075053
  PShah@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
811 Main St., Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600

Rachel Brass (pro hac vice pending)
  RBrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Ste 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8306
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Ste 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8306

Thomas Mueller (*pro hac vice*)
  DC Bar No. 434459
  Thomas.mueller@wilmerhale.com
Jennifer Milici (*pro hac vice*)
  DC Bar No. 987096
  Jennifer.milici@wilmerhale.com
Perry Lange (*pro hac vice*)
  DC Bar No. 494339
  Perry.lange@wilmerhale.com
John O'Toole (*pro hac vice*)
  DC Bar No. 241862
  John.o'toole@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

        David Gringer (*pro hac vice*)
         New York Bar No. 4879029
         David.gringer@wilmerhale.com
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Telephone: (212) 230-8800
        Facsimile: (212) 230-8888

        Lauren Ige (*pro hac vice*)
         California Bar No. 343644
         Lauren.ige@wilmerhale.com
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        350 South Grand Avenue, Suite 2400
        Telephone: (213) 443-5395
        Facsimile: (213) 443-5400

        *Attorneys for Defendant BlackRock, Inc.*

**CERTIFICATE OF CONFERENCE**

I certify that on August 11, 2025, the Parties conferred via email regarding the relief sought in this motion. Counsel for Plaintiffs indicated that they are unopposed.

/s/ Jason M. Powers
Jason M. Powers

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system

/s/ Jason M. Powers
Jason M. Powers