IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 6:24-cv-00437-JDK |
| | § | |
| BLACKROCK, INC., | § | |
| STATE STREET CORPORATION, | § | |
| AND THE VANGUARD GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants BlackRock Inc., State Street Corporation, and The Vanguard Group, Inc.'s (collectively, "Defendants") Unopposed Motion to Extend Responsive Pleading Deadline.

Having considered the motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants shall answer or otherwise respond to the amended complaint by no later than September 15, 2025.

SO ORDERED.