## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BLACKROCK, INC.,<br>STATE STREET CORPORATION,<br>THE VANGUARD GROUP, INC.,<br><br>　　　　　Defendants. | Civil Action No. 6:24-cv-00437-JDK<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT THE VANGUARD GROUP, INC.'S
## ANSWER AND AFFIRMATIVE DEFENSES TO THE AMENDED COMPLAINT

Defendant The Vanguard Group, Inc. ("Vanguard"), by and through its attorneys, hereby answers and asserts defenses to the claims and allegations made by Plaintiffs in their Amended Complaint, ECF No. 50, filed on January 16, 2025 (the "Complaint"). Vanguard responds based upon its knowledge as to allegations pertaining to Vanguard and upon information and belief as to allegations pertaining to all other matters. Except as specifically admitted, each allegation by Plaintiffs is denied.

Vanguard states that it is not required to respond to any averments in footnotes included throughout the Complaint. *See, e.g.*, *Torres v. Goddard*, 2008 WL 1817994, at *1 (D. Ariz. Apr. 22, 2008) ("pleadings ought not contain footnotes"). Plaintiffs' inclusion of averments in footnotes does not comply with Federal Rule of Civil Procedure 10(b), which requires that allegations are stated "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." To the extent a response is required, Vanguard denies any averments in the footnotes to the extent such averments are directed against Vanguard and denies knowledge or information sufficient to

form a belief concerning the truth of such averments insofar as they relate to other parties. Vanguard respectfully refers this Court to any documents referenced in the footnotes for a complete and accurate statement of their contents, and denies Plaintiffs' averments regarding those contents to the extent they are inconsistent with those documents.

Although Vanguard has re-produced below the Complaint's headings and subheadings, Vanguard further denies each and every factual allegation contained in the Complaint's headings or subheadings.  Numbered paragraphs below correspond to the like-numbered paragraphs in the Complaint.  Vanguard answers the allegations of the Complaint as follows:

## INTRODUCTION

1.      Paragraph 1 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 1 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

2.      Paragraph 2 states legal conclusions and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 2, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

3.      Paragraph 3 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 3 as they pertain to Vanguard, lacks knowledge or information

sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

4.      Paragraph 4 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 4 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

5.      Paragraph 5 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 5 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

6.      Paragraph 6 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 6 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

7.      Paragraph 7 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 7 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a

complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

8.      Paragraph 8 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 8 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

9.      Paragraph 9 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 9 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis. Vanguard also denies that Plaintiffs are entitled to any relief.

## PARTIES

### Plaintiffs

10.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 10, and denies those allegations on that basis.

### Defendants

11.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 11, and denies those allegations on that basis.

12.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 12, and denies those allegations on that basis.

13.     Vanguard admits that it is a corporation organized under the laws of Pennsylvania with its principal place of business at 100 Vanguard Blvd., Malvern, Pennsylvania 19355.

## JURISDICTION, VENUE, AND COMMERCE

14.    Paragraph 14 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.

15.    Paragraph 15 states a legal conclusion and therefore does not require a response.

16.    Paragraph 16 states a legal conclusion and therefore does not require a response.

17.    Paragraph 17 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 17 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of the remaining allegations, and denies those allegations on that basis.

## DEFENDANTS HAVE EACH ACQUIRED SUBSTANTIAL PERCENTAGES OF THE OUSTANDING SHARES OF U.S. COAL COMPANIES

18.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 18, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

19.    Vanguard denies the allegations in Paragraph 19 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of the remaining allegations, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

20.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 20, and denies those allegations on that basis, except that

Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

### Defendants own 30.43% of Peabody Energy

21.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 21, and denies those allegations on that basis.

22.     Vanguard denies the allegations in Paragraph 22.

23.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 23, and denies those allegations on that basis.

24.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 24, and denies those allegations on that basis.

### Defendants own 34.19% of Arch Resources

25.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 25, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

26.     Vanguard denies the allegations in Paragraph 26.

27.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 27, and denies those allegations on that basis.

28.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 28, and denies those allegations on that basis.

### Defendants own 10.85% of NACCO Industries

29.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 29, and denies those allegations on that basis, except that

Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

30.    Vanguard denies the allegations in Paragraph 30.

31.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 31, and denies those allegations on that basis.

32.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 32, and denies those allegations on that basis.

**Defendants own 28.97% of CONSOL Energy**

33.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 33, and denies those allegations on that basis.

34.    Vanguard denies the allegations in Paragraph 34.

35.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 35, and denies those allegations on that basis

36.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 36, and denies those allegations on that basis.

**Defendants own 29.7% of Alpha Metallurgical Resources**

37.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 37, and denies those allegations on that basis.

38.    Vanguard denies the allegations in Paragraph 38.

39.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 39, and denies those allegations on that basis.

40.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 40, and denies those allegations on that basis.

**Defendants own 24.94% of Vistra Energy**

41.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 41, and denies those allegations on that basis.

42.     Vanguard denies the allegations in Paragraph 42.

43.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 43, and denies those allegations on that basis.

44.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 44, and denies those allegations on that basis.

**Defendants own 8.3% of Hallador Energy**

45.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 45, and denies those allegations on that basis.

46.     Vanguard denies the allegations in Paragraph 46.

47.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 47, and denies those allegations on that basis.

48.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 48, and denies those allegations on that basis.

**Defendants own 31.62% of Warrior Met Coal**

49.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 49, and denies those allegations on that basis.

50.     Vanguard denies the allegations in Paragraph 50.

51.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 51, and denies those allegations on that basis.

52.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 52, and denies those allegations on that basis.

**Defendants own 32.87% of Black Hills Corporation**

53.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 53, and denies those allegations on that basis.

54.    Vanguard denies the allegations in Paragraph 54.

55.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 55, and denies those allegations on that basis.

56.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 56, and denies those allegations on that basis.

57.    Paragraph 57 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 57 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

## THE RELEVANT MARKETS

58.    Paragraph 58 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 58 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

59.    Paragraph 59 and its subparagraphs (a) and (b) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 59 and its subparagraphs (a) and (b) as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

60.    Paragraph 60 and its subparagraphs (a) through (c) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 60, and denies those allegations on that basis.

61.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 61, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

### The Specific Characteristics of Coal Determine Its Uses

62.    Paragraph 62 states a legal conclusion and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 62, and denies those allegations on that basis.

63.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 63, and denies those allegations on that basis.

64.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 64 and its subparagraphs (a) through (d) and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

### The Relevant Product Markets

65.    Paragraph 65 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies

10

the allegations in Paragraph 65 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

### *There is a Relevant Product Market for South Powder River Basin Coal*

66.     Paragraph 66 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 66 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

67.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 67, and denies those allegations on that basis.

68.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 68, and denies those allegations on that basis.

69.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 69 and its subparagraphs (a) through (d), and denies those allegations on that basis.

70.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 70, and denies those allegations on that basis.

71.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 71, and denies those allegations on that basis.

72.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 72, and denies those allegations on that basis.

73.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 73, and denies those allegations on that basis.

74.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 74, and denies those allegations on that basis.

75.     Paragraph 75 and its subparagraphs (a), (b), (c), and (a) (sic) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 75 and its subparagraphs (a), (b), (c), and (a) and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

76.     Paragraph 76 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 76, and denies those allegations on that basis.

77.     Paragraph 77 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 77, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

78.     Paragraph 78 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 78, and denies those allegations on that basis, except that Vanguard refers to the cited

sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

### *There is a Relevant Product Market for Thermal Coal*

79.      Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 79, and denies those allegations on that basis.

80.      Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 80, and denies those allegations on that basis.

81.      Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 81, and denies those allegations on that basis.

82.      Paragraph 82 characterizes Plaintiffs' claims and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 82 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

83.      Paragraph 83 and its subparagraphs (a) through (c) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 83, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

84.     Paragraph 84 states a legal conclusion and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 84, and denies those allegations on that basis.

### The Relevant Geographic Markets

85.     Paragraph 85 states a legal conclusion and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 85, and denies those allegations on that basis.

86.     Paragraph 86 states a legal conclusion and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 86, and denies those allegations on that basis.

87.     Paragraph 87 states a legal conclusion and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 87, and denies those allegations on that basis.

88.     Paragraph 88 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 88 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

## DEFENDANTS' ACQUISITIONS OF STOCK
## POSE A SUBSTANTIAL THREAT TO COMPETITION
## IN THE RELEVANT MARKETS

89.     Paragraph 89 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 89 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

90.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 90 and its subparagraphs (a) through (e), and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

91.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 91 and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

92.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 92, which are hypothetical in nature, and denies those allegations on that basis.

93.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 93, which are hypothetical in nature, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and

accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

94.     Paragraph 94 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 94 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

95.     Paragraph 95 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 95 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

96.     Paragraph 96 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 96 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and further denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

97.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 97 and denies those allegations on that basis.

98.     Paragraph 98 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies

the allegations in Paragraph 98 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and further denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

99.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 99 and denies those allegations on that basis.

100.    Vanguard denies the allegations in Paragraph 100 and Table 2 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and further denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

101.    Paragraph 101 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 101, which are hypothetical in nature, and denies those allegations on that basis.

102.    Paragraph 102 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 102 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

103.    Paragraph 103 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 103 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

104.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 104, and denies those allegations on that basis.

105.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 105 and Table 3, and denies those allegations on that basis.

106.    Paragraph 106 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 106, which are hypothetical in nature, and denies those allegations on that basis.

107.    Paragraph 107 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 107 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

108.    Paragraph 108 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 108 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

109.    Paragraph 109 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 109 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations, which are hypothetical in nature, as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

110.    Paragraph 110 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 110 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

111.    Paragraph 111 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 111 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations, which are hypothetical in nature, as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

112.    Paragraph 112 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies

the allegations in Paragraph 112 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

## DEFENDANTS AGREED TO A COMMON STRATEGY TO REDUCE OUTPUT

113.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 113, which are hypothetical in nature, and denies those allegations on that basis.

114.    Paragraph 114 is speculative and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 114, which are hypothetical in nature, except that Vanguard refers to the cited statute for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that statute.

115.    Paragraph 115 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 115 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

116.    Paragraph 116 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 116 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

**Climate Action 100+ Presents Compelling Evidence of
Defendants' Agreement to Seek Coordinated Reductions in Coal Production**

117.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 117, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

118.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 118, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

119.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 119, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

120.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 120, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

121.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 121, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

122.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 122, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

123.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 123, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

124.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 124, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

125.    Paragraph 125 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 125, and denies those allegations on that basis.

126.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 126, and denies those allegations on that basis.

127.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 127, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

128.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 128, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

**Defendants' Participation in the Net Zero Asset Managers Initiative is Compelling Evidence of Defendants' Agreement to Seek Coordinated Reductions in Coal Production**

129.    Vanguard admits that it joined the Net Zero Asset Managers Initiative in 2021. Vanguard otherwise lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 129, and denies those allegations on that basis.

130.    Vanguard denies the allegations in Paragraph 130 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

131.    Vanguard denies the allegations in Paragraph 131 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

*BlackRock*

132.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 132, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

133.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 133, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

134.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 134, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

135.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 135, and denies those allegations on that basis.

136.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 136, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

*Vanguard*

137.    Vanguard admits that it joined the Net Zero Asset Managers Initiative on or about March 29, 2021.  Vanguard otherwise denies the allegations in Paragraph 137.

138.    Vanguard admits that it published a document titled *Vanguard Investment Stewardship Insights: Vanguard's expectations for companies with significant coal exposure* in December 2021.  Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 138.

139.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 139.

140.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 140.

141.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 141.

142.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 142.

*State Street*

143.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 143, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

144.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 144, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

145.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 145, and denies those allegations on that basis, except that

Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

146.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 146, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

147.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 147, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

148.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 148, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

149.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 149, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

150.    Paragraph 150 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 150 as they pertain to Vanguard, lacks knowledge or information

sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

151.    Vanguard admits that on December 7, 2022, it published a statement titled *An update on Vanguard's engagement with the Net Zero Asset Managers initiative (NZAM)*. Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source. Vanguard otherwise denies the allegations in Paragraph 151.

### DEFENDANTS HAVE USED THE STOCK THEY ACQUIRED TO SUBSTANTIALLY REDUCE COMPETITION IN THE RELEVANT COAL MARKETS

152.    Paragraph 152 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 152 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

153.    Paragraph 153 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 153 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

154.    Paragraph 154 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 154 as they pertain to Vanguard, lacks knowledge or information

sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

## Vanguard's Public Statements

155.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 155.

156.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 156.

157.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 157.

158.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 158.

159.    Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.  Vanguard otherwise lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 159, and denies those allegations on that basis.

160.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 160.

**BlackRock's Public Statements**

161.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 161, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

162.    Vanguard denies the allegations in Paragraph 162 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

**State Street's Public Statements**

163.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 163, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

164.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 164, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

165.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 165, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and

denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

166.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 166, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

**BlackRock's Actions to Enforce the Carbon Output Restrictions**

167.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 167, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

168.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 168, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

169.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 169, and denies those allegations on that basis.

170.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 170, and denies those allegations on that basis.

171.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 171, and denies those allegations on that basis.

172.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 172, and denies those allegations on that basis.

173.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 173, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

174.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 174, and denies those allegations on that basis.

**State Street's Actions to Enforce the Output Restrictions**

175.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 175, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

176.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 176, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

177.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 177, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

**Vanguard's Actions to Enforce the Output Restrictions**

178.    Vanguard denies the allegations in Paragraph 178.

179.    Vanguard admits that it joined the Net Zero Asset Managers Initiative on or about March 29, 2021, and that it published an annual revision to its proxy voting policy for U.S.

portfolio companies in January 2022, which took effect on March 1, 2022.  Vanguard otherwise denies the allegations in Paragraph 179.

180.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 180.

\* \* \*

181.    Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.  Vanguard otherwise denies the allegations in Paragraph 181.

182.    Paragraph 182 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 182 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

### DEFENDANTS' PRESSURE ON THE COAL COMPANIES' MANAGEMENT RESULTED IN OUTPUT REDUCTIONS AND CLIMATE DISCLOSURES

183.    Paragraph 183 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 183 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

184.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 184, and denies those allegations on that basis.

185.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 185, and denies those allegations on that basis.

186.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 186, and denies those allegations on that basis.

187.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 187, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

188.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 188, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

189.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 189, and denies those allegations on that basis.

190.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 190, and denies those allegations on that basis.

191.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 191, and denies those allegations on that basis.

### DEFENDANT BLACKROCK DECEIVED ITS CUSTOMERS IN PURSUIT OF DEFENDANTS' OUTPUT REDUCTION SCHEME

192.    Vanguard denies the allegations in Paragraph 192 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

193.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 193, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

194.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 194, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

195.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 195 and its subparagraphs (a) and (b), and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

196.    Paragraph 196 and its subparagraphs (a) through (c) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 196 and its subparagraphs (a) through (c), and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

197.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 197, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

198.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 198, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

199.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 199, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

200.    Paragraph 200 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 200, and denies those allegations on that basis.

201.    Paragraph 201 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 201, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

202.    Paragraph 202 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 202, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

203.    Paragraph 203 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 203, and denies those allegations on that basis.

204.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 204, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

205.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 205 and its subparagraphs (a) through (e), and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

206.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 206, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and

denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

207.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 207, and denies those allegations on that basis.

208.    Paragraph 208 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 208, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

209.    Paragraph 209 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 209, and denies those allegations on that basis.

210.    Paragraph 210 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 210, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

211.    Paragraph 211 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in

Paragraph 211, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

212.    Paragraph 212 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 212, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

213.    Paragraph 213 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 213, and denies those allegations on that basis.

214.    Paragraph 214 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 214, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

215.    Paragraph 215 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 215, and denies those allegations on that basis, except that Vanguard refers to the cited

sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

216.    Paragraph 216 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 216, and denies those allegations on that basis.

217.    Paragraph 217 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 217, and denies those allegations on that basis, except that Vanguard refers to the cited sources for a complete and accurate statement of their contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with those sources.

218.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 218, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

219.    Paragraph 219 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 219, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

220.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 220, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

221.     Paragraph 221 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 221, and denies those allegations on that basis.

222.     Paragraph 222 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 222, and denies those allegations on that basis.

223.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 223, and denies those allegations on that basis.

224.     Paragraph 224 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 224, and denies those allegations on that basis.

## DEFENDANTS' ACQUISITION OF STOCK
## HAS SUBSTANTIALLY LESSENED COMPETITION

225.     Paragraph 225 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 225 as they pertain to Vanguard, lacks knowledge or information

sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

226.    Paragraph 226 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 226 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

227.    Paragraph 227 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 227, and denies those allegations on that basis.

228.    Paragraph 228 and Table 4 characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 228 and Table 4 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

229.    Paragraph 229 and Table 5 characterize Plaintiffs' claims and states legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 229 and Table 5 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

230.    Paragraph 230 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies

the allegations in Paragraph 230 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

231.    Paragraph 231 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 231 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

## DEFENDANTS' ACQUISITIONS AND USE OF SHARES HAVE RESULTED IN COAL PRODUCTION BEING REDUCED IN RESPONSE TO RISING PRICES, RESULTING IN CARTEL-LEVEL REVENUES AND PROFITS.

232.    Paragraph 232 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 232 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

233.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 233, and denies those allegations on that basis.

234.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 234, and denies those allegations on that basis.

235.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 235, and denies those allegations on that basis.

236.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 236, and denies those allegations on that basis.

237.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 237, and denies those allegations on that basis.

238.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 238, and denies those allegations on that basis.

239.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 239, and denies those allegations on that basis.

240.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 240 and Table 6, and denies those allegations on that basis.

241.    Paragraph 241 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 241 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

242.    Paragraph 242 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 242 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

243.    Paragraph 243 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 243 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

**NEBRASKA-SPECIFIC HARMS**
**(On Behalf of Plaintiff State of Nebraska)**

244.    Paragraph 244 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 244.

245.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 245, and denies those allegations on that basis.

246.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 246, and denies those allegations on that basis.

247.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 247, and denies those allegations on that basis.

248.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 248, which are hypothetical in nature, and denies those allegations on that basis.

**LACK OF COUNTERVAILING FACTORS**

249.    Paragraph 249 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 249.

**CAUSES OF ACTION**
**COUNT I**
**Acquisitions of Stock in Violation of**
**Section 7 of the Clayton Act, 15 U.S.C. § 18**
**(On Behalf Of All Plaintiff States)**

250.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

251.     Paragraph 251 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 251.

252.     Paragraph 252 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 252, and denies those allegations on that basis.

**COUNT II**
**Unlawful Agreement Between Defendants**
**to Restrain Trade in Violation of**
**Section I of the Sherman Act, 15 U.S.C. § 1**
**(On Behalf Of All Plaintiff States)**

253.     Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

254.     Paragraph 254 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 254.

255.     Paragraph 255 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 255.

256.     Paragraph 256 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 256 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

257.    Paragraph 257 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 257.

## COUNT III
### Conspiracy to Exchange and Share Competitors' Information in Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1 (On Behalf Of All Plaintiff States)

258.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

259.    Paragraph 259 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 259.

260.    Paragraph 260 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 260 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

261.    Paragraph 261 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 261 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

262.    Paragraph 262 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 262.

263.    Paragraph 263 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 263.

## COUNT IV
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of Texas)

264.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

265.    Paragraph 265 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 265.

## COUNT V
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of Montana)

266.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

267.    Paragraph 267 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 267, and denies those allegations on that basis.

268.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 268, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

269.    Paragraph 269 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard denies the allegations in Paragraph 269.

## COUNT VI
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of Indiana)

270.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

271.    Paragraph 271 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard denies the allegations in Paragraph 271.

## COUNT VII
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of Iowa)

272.    Paragraph 272 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard denies the allegations in the first sentence in Paragraph 272. In response to the second sentence in Paragraph 272, Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

273.    Paragraph 273 characterizes Plaintiffs' claims and therefore does not require a response. To the extent a response is required, Vanguard incorporates its responses to Paragraphs 274–282.

274.    Paragraph 274 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard denies the allegations in Paragraph 274.

275.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 275, and denies those allegations on that basis.

276.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 276, and denies those allegations on that basis.

277.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 277, and denies those allegations on that basis.

278.    Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 278, which are hypothetical in nature, and denies those allegations on that basis.

279.    Paragraph 279 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 279, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

280.    Paragraph 280 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard denies the allegations in Paragraph 280 as they pertain to Vanguard, lacks knowledge or information sufficient to form a belief concerning the truth of those allegations as they pertain to other parties, and denies those allegations on that basis.

281.    Paragraph 281 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 281.

282.    Paragraph 282 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 282.

## COUNT VIII
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of Kansas)

283.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

284.    Paragraph 284 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard denies the allegations in Paragraph 284.

285.    Paragraph 285 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 285, and denies those allegations on that basis.

## COUNT IX
## STATE LAW ANTITRUST CLAIMS
### (On Behalf of Plaintiff State Of Louisiana)

286.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

287.    Paragraph 287 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 287, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

288.     Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 288, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

289.     Paragraph 289 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 289.

290.     Paragraph 290 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 290.

### COUNT X
### STATE LAW ANTITRUST CLAIMS
#### (On Behalf Of Plaintiff State Of Nebraska)

291.     Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

292.     Paragraph 292 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 292.

293.     Paragraph 293 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 293.

294.     Paragraph 294 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 294.

295.    Paragraph 295 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 295.

## COUNT XI
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of Nebraska)

296.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

297.    Paragraph 297 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 297.

298.    Paragraph 298 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 298.

299.    Paragraph 299 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 299.

## COUNT XII
## STATE LAW ANTITRUST CLAIMS
### (On Behalf of Plaintiff State of Nebraska)

300.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

301.    Paragraph 301 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 301.

302.    Paragraph 302 and its subparagraphs (a) through (c) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 302 and its subparagraphs (a) through (c).

## COUNT XIII
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of Oklahoma)

303.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

304.    Paragraph 304 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 304, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

305.    Paragraph 305 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 305.

## COUNT XIV
## STATE LAW ANTITRUST CLAIMS
### (On Behalf Of Plaintiff State Of West Virginia)

306.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

307.    Paragraph 307 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 307.

308.    Paragraph 308 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 308.

309.    Paragraph 309 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 309.

## COUNT XV
## STATE LAW DECEPTIVE TRADE PRACTICES CLAIMS
### (On Behalf Of Plaintiff State Of Texas Against Defendant BlackRock)

310.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

311.    Paragraph 311 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 311, and denies those allegations on that basis.

312.    Paragraph 312 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 312, and denies those allegations on that basis.

313.    Paragraph 313 and its subparagraphs (a) through (d) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 313 and its subparagraphs (a) through (d), and denies those allegations on that basis.

314.    Paragraph 314 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 314, and denies those allegations on that basis.

**COUNT XVI**
**STATE LAW DECEPTIVE TRADE PRACTICES CLAIMS**
**(On Behalf Of Plaintiff State Of Montana Against Defendant BlackRock)**

315.    Paragraph 315 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, in response to the first sentence in Paragraph 315, Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.  In response to the second sentence in Paragraph 315, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 315, and denies those allegations on that basis.

316.    Paragraph 316 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 316, and denies those allegations on that basis.

317.    Paragraph 317 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 317, and denies those allegations on that basis.

318.    Paragraph 318 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 318, and denies those allegations on that basis.

## COUNT XVII
## STATE LAW CONSUMER FRAUD CLAIMS
### (On Behalf Of Plaintiff State Of Iowa Against Defendant BlackRock)

319. Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

320. Paragraph 320 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 320, and denies those allegations on that basis.

321. Paragraph 321 states legal conclusions and therefore does not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 320, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

322. Paragraph 322 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard denies the allegations in Paragraph 322.

323. Paragraph 323 and its subparagraphs (a) through (d) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response. To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 323 and its subparagraphs (a) through (d), and denies those allegations on that basis.

324. Paragraph 324 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response. To the extent a response may be required, Vanguard lacks

knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 324, and denies those allegations on that basis.

## COUNT XVIII
## STATE LAW DECEPTIVE TRADE PRACTICES CLAIMS
### (On Behalf Of Plaintiff State Of Louisiana)

325.    Paragraph 325 is part of a claim that has been dismissed by the Court and therefore does not require a response.  To the extent a response is required, Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

326.    Paragraph 326 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 326.

327.    Paragraph 327 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard denies the allegations in Paragraph 327.

## COUNT XIX
## STATE LAW CONSUMER PROTECTION CLAIM
### (On Behalf Of Plaintiff State Of Nebraska Against Defendant BlackRock)

328.    Paragraph 328 is part of a claim that has been dismissed by the Court and therefore does not require a response.  To the extent a response is required, Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

329.    Paragraph 329 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information

sufficient to form a belief concerning the truth of the allegations in Paragraph 329, and denies those allegations on that basis.

330.    Paragraph 330 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 330, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

331.    Paragraph 331 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 331, and denies those allegations on that basis.

332.    Paragraph 332 and its subparagraphs (a) through (c) are part of a claim that has been dismissed by the Court and characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 332 and its subparagraphs (a) through (c), and denies those allegations on that basis.

333.    Paragraph 333 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information

sufficient to form a belief concerning the truth of the allegations in Paragraph 333, and denies those allegations on that basis.

**COUNT XX**
**STATE LAW CONSUMER PROTECTION CLAIM**
**(On Behalf Of Plaintiff State Of Nebraska Against Defendant BlackRock)**

334.    Paragraph 334 is part of a claim that has been dismissed by the Court and therefore does not require a response.  To the extent a response is required, Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

335.    Paragraph 335 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 335, and denies those allegations on that basis.

336.    Paragraph 336 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 336, and denies those allegations on that basis, except that Vanguard refers to the cited source for a complete and accurate statement of its contents and denies Plaintiffs' allegations regarding those contents to the extent they are inconsistent with that source.

337.    Paragraph 337 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 337, and denies those allegations on that basis.

338.    Paragraph 338 and its subparagraphs (a) through (c) are part of a claim that has been dismissed by the Court and characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 338 and its subparagraphs (a) through (c), and denies those allegations on that basis.

339.    Paragraph 339 is part of a claim that has been dismissed by the Court and characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 339, and denies those allegations on that basis.

**COUNT XXI**
**STATE LAW DECEPTIVE TRADE PRACTICES CLAIM**
**(On Behalf Of Plaintiff State Of Nebraska Against Defendant BlackRock)**

340.    Vanguard incorporates its answers to each preceding paragraph and succeeding paragraph as though fully set forth herein.

341.    Paragraph 341 characterizes Plaintiffs' claims and states legal conclusions, and therefore does not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 341, and denies those allegations on that basis.

342.    Paragraph 342 and its subparagraphs (a) through (c) characterize Plaintiffs' claims and state legal conclusions, and therefore do not require a response.  To the extent a response may be required, Vanguard lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 342 and its subparagraphs (a) through (c), and denies those allegations on that basis.

## PRAYER FOR RELIEF

343.    The Prayer for Relief contains a prayer for relief to which no response is required. To the extent that a response is required, Vanguard denies that Plaintiffs are entitled to any remedy or relief requested.

## DEMAND FOR A JURY TRIAL

344.    Plaintiffs' Amended Complaint cover page contains a demand for a jury trial to which no response is required.  To the extent a response is required, Vanguard denies that Plaintiffs are entitled to any relief and reserves all rights to oppose Plaintiffs' demand for a jury trial as to all matters on which Plaintiffs are not entitled to a jury trial.

## AFFIRMATIVE DEFENSES

Vanguard states the following defenses and reserves its right to assert other and additional defenses, cross claims, and third-party claims not asserted herein of which they become aware through discovery or other investigation as may be appropriate at a later time.  In asserting these defenses, Vanguard does not assume any burden of proof, persuasion, or production with respect to any issue where the applicable law places the burden upon Plaintiffs.  Vanguard avers that some of the following defenses are elements of Plaintiffs' claims on which Plaintiffs bear the burden of proof, but pleads them as defenses out of an abundance of caution.  Nothing stated herein is intended or shall be construed as an admission that any particular issue or subject matter is relevant to the Plaintiffs' allegations.

To the extent necessary, Vanguard alleges Plaintiffs' claims are barred because the acts Plaintiffs allege Vanguard undertook in furtherance of the alleged conspiracy were in Vanguard's unilateral business interest.  All of the following defenses are pled in the alternative, and none relieves Plaintiffs from proving every element of the asserted claims where Plaintiffs have the burden of proof or persuasion. Vanguard reserves the right to assert additional avoidances,

defenses, or rebuttals as they become known during discovery and based on the record as it develops, up to and including the time of trial.

### FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

### SECOND DEFENSE

Plaintiffs do not have standing to seek all or part of the remedies they seek, because (i) they do not allege damages recoverable under 15 U.S.C. § 15(c), (ii) they are not entitled to seek injunctive relief under 15 U.S.C. § 26, and (iii) they do not have or allege a valid basis to seek such relief on behalf of others.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

### THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs, or any person on whose behalf Plaintiffs purport to act, suffered no injury, or their alleged injuries, if any, are speculative and uncertain.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

### FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations, waiver, estoppel, laches, and/or other applicable equitable defenses.

### FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Vanguard engaged in independent and legitimate business conduct and its conduct constitutes permissible activity and/or

procompetitive conduct.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have insufficiently alleged a relevant product market and geographic market.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of Vanguard's challenged actions or omissions substantially lessened competition within any properly defined market.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because coal output was not reduced below competitive levels, nor were prices artificially inflated in any relevant market, during the period relevant to Plaintiffs' claims.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Vanguard's investment activity falls under the statutory exemption in 15 U.S.C. § 18.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## TENTH DEFENSE

Plaintiffs' claims reflect an improper, selective enforcement of the antitrust laws.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing, antitrust standing, antitrust injury, and/or injury in fact, and/or because they, or any person on whose behalf Plaintiffs purport to act, seek damages based on indirect purchases, and/or because they, or any person on whose behalf Plaintiffs purport to act, did not suffer any injury proximately caused by Defendants' conduct. For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the injuries alleged by Plaintiffs, to the extent any exist, were caused, in whole or in part, by the conduct of third parties for whom Vanguard was not responsible, through forces in the marketplace over which Vanguard had no control, or through acts or omissions on the part of others. For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## THIRTEENTH DEFENSE

Plaintiffs lack standing to bring to bring this action on behalf of natural persons residing in their states to the extent that those natural persons were not direct purchasers of coal. Plaintiffs also lack standing to bring this action to the extent that Plaintiffs are not seeking relief on behalf of natural persons. For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent The Vanguard Group, Inc. is not a proper party to this action and is not liable for the acts or omissions of other entities, including

its subsidiaries or affiliates, or investor-owned funds.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## FIFTEENTH DEFENSE

The claims in the Amended Complaint are barred, in whole or in part, because Vanguard is not liable for the conduct of any of its current or former employees or agents to the extent that any or all of those current or former employees acted outside the scope of their authority.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Vanguard is not liable for the acts of any other defendant.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## SEVENTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the relief sought by Plaintiffs would be contrary to the public interest, would harm consumers and businesses, would not be favored under the balancing of equities or in light of the alternative remedies available to the Court, and is otherwise inequitable, impractical, and unworkable.  Plaintiffs' claims are also barred, in whole or in part, because Plaintiffs, or any person on whose behalf Plaintiffs purport to act, were benefited more than harmed by Vanguard's alleged conduct.  Equitable remedies to which Plaintiffs are not entitled include, but are not limited to, the forced sale of shares in publicly traded coal companies and the silencing of index fund managers' votes in corporate elections or other governance matters.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because all or part of the conduct alleged is protected by the First Amendment, including to the extent that the Amended Complaint alleges that Vanguard committed violations of law through its association with other persons or through public statements.  Plaintiffs' claims also are barred to the extent Plaintiffs filed this lawsuit in retaliation for Vanguard's speech, press, and associational activities.  In addition, Plaintiffs' request for injunctive relief is barred to the extent it seeks to compel the speech of Vanguard by voting in ways that Plaintiffs favor in corporate elections or by refraining from voting in corporate elections.

## NINETEENTH DEFENSE

Plaintiffs' Sherman Act Section 1 claims, Clayton Act Section 7 claims, and state law antitrust claims are impliedly preempted and/or precluded by the securities laws, including insofar as they seek to regulate or challenge Vanguard's exercise of its fiduciary duties to its clients.

## TWENTIETH DEFENSE

Plaintiffs' requested remedies are barred or limited by the prohibition against excessive fines in the Eighth Amendment of the United States Constitution.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs, or any person on whose behalf Plaintiffs purport to act, failed to exercise reasonable care to mitigate any alleged damages they may have suffered by, among other things, neglecting to consider alternative coal suppliers than the nine identified in the Amended Complaint or other reasonably available energy sources. Plaintiffs' failure to exercise reasonable care to mitigate damages was the complete or partial cause of any damages Plaintiffs may have suffered.

## TWENTY-SECOND DEFENSE

Without admitting any violation of any law, Vanguard asserts that, should it be held liable to Plaintiffs, which liability is specifically denied, it would be entitled to a reduction of damages to the extent such damages are the responsibility of other Defendants or third parties, or to the extent of any settlement amount received by Plaintiffs from other Defendants.  In addition, without admitting any violation of any law, Vanguard asserts that, should it be held liable to Plaintiffs, which liability is specifically denied, Vanguard would be entitled to set-off, contribution, or indemnity from other parties, entities, or individuals.

## TWENTY-THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent the relief sought presents a political question best left to the Legislative and/or Executive branches of the federal government or the states.  In addition, to the extent that Plaintiffs seek injunctive relief prohibiting certain normal-course asset stewardship practices or the forced sale of shares in public companies, the Amended Complaint raises questions that have no manageable or articulable standard for adjudication and should be addressed to the political branches of government.  *See, e.g.*, *Baker v. Carr*, 369 U.S. 186, 210 (1962).

## TWENTY-FOURTH DEFENSE

Plaintiffs are not entitled to recover attorneys' fees or experts' fees, or costs of suits, as a matter of law and based on the facts of this case.  For the avoidance of doubt, Vanguard avers that Plaintiffs bear the burden of proof on these issues.

## TWENTY-FIFTH DEFENSE

Vanguard hereby adopts and incorporates by reference any and all other defenses asserted or to be asserted by any other defendant to the extent Vanguard may share in such defense.

## PRAYER FOR RELIEF

Based upon the foregoing, Vanguard prays that (a) judgment be entered dismissing the Amended Complaint on the merits, in its entirety and with prejudice, and (b) this Court grant Vanguard such other relief as it deems just and appropriate including costs and reasonable legal fees.

September 15, 2025      Respectfully submitted,

           */s/* Robert D. Wick
           Robert D. Wick (*pro hac vice*)
            DC Bar No. 440817
            rwick@cov.com
           John S. Playforth (*pro hac vice*)
            MA Bar No. 675766
            jplayforth@cov.com
           Shadman Zaman (*pro hac vice*)
            NY Bar No. 5418199
            szaman@cov.com
           COVINGTON & BURLING LLP
           One CityCenter
           850 Tenth Street, NW
           Washington, DC 20001-4956
           Tel: (202) 662-6000

           Bradley C. Weber
            State Bar No. 21042470
            brad.weber@troutman.com
           Chase T. Cobb
            State Bar No. 24116208
            chase.cobb@troutman.com
           TROUTMAN PEPPER LOCKE LLP
           2200 Ross Avenue, Suite 2800
           Dallas, Texas 75201
           Tel: (214) 740-8497
           Fax: (214) 756-8497

           *Attorneys for Defendant The Vanguard Group, Inc.*

## CERTIFICATE OF SERVICE

The foregoing document was served electronically on all counsel of record on September 15, 2025, through the Court's electronic filing system.

*/s/* Robert D. Wick
_____
Robert D. Wick

*Counsel for Defendant The Vanguard Group, Inc.*