IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-437-JDK |
| § | |
| BLACKROCK, INC., et al., § | |
| § | |
| Defendants. § | |

**ORDER SETTING TRIAL AND DISPOSITIVE MOTIONS DEADLINE**

Having heard from the parties at the Rule 16 Pretrial Conference, the Court sets the following deadlines to govern this proceeding:

| | |
|---|---|
| Summary Judgment and Rule 702 motions | **July 2, 2027** |
| Jury Selection and Trial | **January 24, 2028** |

The parties are **ORDERED** to meet and confer regarding the other deadlines and file a joint proposed scheduling order by **November 4, 2025**. If the parties cannot agree on a deadline, the parties shall submit their dispute to the Court with an explanation for the disagreement.

So **ORDERED** and **SIGNED** this **28th** day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE