IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BLACKROCK, INC., et al.,<br><br>　　　　Defendants. | Civil Action No. 6:24-cv-00437-JDK |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

　　Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and in compliance with this Court's Scheduling Order of November 5, 2025 (ECF No. 134), the Plaintiff States by and through their respective Attorneys General and counsel hereby respectfully move the Court to file the attached Second Amended Complaint to add factual allegations setting forth the economic harms suffered by the State of Iowa and to clarify the statutory bases for Iowa's claims for relief. The Proposed Second Amended Complaint also corrects typographical and formatting errors.

　　The Proposed Second Amended Complaint satisfies the requirements of Rule 15(a). Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave," and that "[t]he court should freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2). Plaintiff States conferred with Defendants, and Defendants consented to the amendment, provided that Defendants agree to a briefing schedule on any motion to dismiss based upon the additional allegations made in the Second Amended Complaint. Specifically, the parties have agreed that Defendants will have sixty (60) days to move to dismiss, the Plaintiff States will have forty-five (45) days in which to file their response to the motion, and Defendants

then have thirty (30) days in which to file their reply.

For the reasons stated above, the Plaintiffs respectfully request that the Court grant their Motion for Leave to File their Second Amended Complaint.

Dated: January 5, 2026                                  Respectfully submitted,

| | |
|---|---|
| */s/ Anthony G. Buzbee* | */s/ David H. Thompson* |
| Anthony G. Buzbee | David H. Thompson |
| State Bar No. 24001820 | DC Bar. No. 450503 |
| Christopher J. Leavitt |    (Pro hac vice) |
| State Bar No. 24053318 | Peter A. Patterson |
| The Buzbee Law Firm |    (Pro hac vice) |
| JP Morgan Chase Tower | Harold S. Reeves |
| 600 Travis Street, Suite 7500 |    (Pro hac vice) |
| Houston, Texas 77002 | Brian W. Barnes |
| Tel: (713) 223-5393 |    (Pro hac vice) |
| Fax: (713) 223-5909 | Clark L. Hildabrand |
| tbuzbee@txattorneys.com |    (Pro hac vice) |
| cleavitt@txattorneys.com | John Ramer |
| www.txattorneys.com |    (Pro hac vice) |
| | COOPER & KIRK, PLLC |
| *Counsel for Plaintiff State of Texas* | 1523 New Hampshire Ave., N.W. |
| | Washington, D.C., 20036 |
| | Telephone: (202) 220-9600 |
| | Facsimile: (202) 220-9601 |
| | dthompson@cooperkirk.com |
| | bbarnes@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | hreeves@cooperkirk.com |
| | childabrand@cooperkirk.com |
| | jramer@cooperkirk.com |
| | |
| **FOR PLAINTIFF STATE OF TEXAS** | *Counsel for Plaintiffs States of Texas and Montana* |
| KEN PAXTON | |
| Attorney General of Texas | |
| BRENT WEBSTER | **FOR PLAINTIFF STATE OF ALABAMA** |
| First Assistant Attorney General | |
| RALPH MOLINA | STEVE MARSHALL |
| Deputy First Assistant Attorney General | Attorney General of Alabama |
| */s/ Austin Kinghorn* | |
| Austin Kinghorn | */s/ Robert M. Overing* |
| Deputy Attorney General for Civil Litigation | Robert M. Overing |
| | Deputy Solicitor General |

2

Texas Bar No.: 24072184
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Telephone: (512) 463-2012
Fax: (512) 320-0911
Austin.Kinghorn@oag.texas.gov

*Counsel for Plaintiff State of Texas*

**FOR PLAINTIFF STATE OF ARKANSAS**

TIM GRIFFIN
Arkansas Attorney General

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY
GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682-2007
autumn.patterson@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

**FOR PLAINTIFF STATE OF IOWA**

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
Eric H. Wessan
Solicitor General
PATRICK C. VALENCIA
Deputy Solicitor General
    (Pro hac vice)
OFFICE OF THE ATTORNEY GENERAL
OF IOWA
1305 E. Walnut Street
Des Moines, Iowa 50319
Telephone: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

   (Pro hac vice)
OFFICE OF THE ATTORNEY GENERAL
OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Robert.Overing@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

**FOR PLAINTIFF STATE OF INDIANA**

THEODORE E. ROKITA
ATTORNEY GENERAL OF INDIANA
    Attorney No. 18857-49

*/s/ Scott L. Barnhart*
Scott L. Barnhart, Atty. No. 25474-82
Chief Counsel and Director of Complex
Litigation
    (Pro hac vice)
OFFICE OF INDIANA ATTORNEY
GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor,
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6309
Fax: (317) 232-7979
Email:  Scott.Barnhart@atg.in.gov

Jesse Moore, Atty. No. 37654-49
Deputy Attorney General
    (Pro hac vice)
OFFICE OF INDIANA ATTORNEY
GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor,
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-4956
Fax: (317) 232-7979
Email:  Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

3

patrick.valencia@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

**FOR PLAINTIFF STATE OF LOUISIANA**

LIZ MURRILL
ATTORNEY GENERAL

*/s/ Patrick Voelker*
Patrick Voelker, LA Bar #38926
    (Pro hac vice)
John Kelley, LA Bar #35506
    (Pro hac vice)
Michael Dupree, LA Bar #26870
    (Pro hac vice)
Assistant Attorneys General
Public Protection Division
Complex Litigation Section
1885 North 3rd Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6400
Fax: (225) 326-6499
voelkerp@ag.louisiana.gov
kelleyj@ag.louisiana.gov
dupreem@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

**FOR PLAINTIFF STATE OF MONTANA**

AUSTIN KNUDSEN
Montana Attorney General

*/s/ Brent Mead*
Brent Mead
   (Pro hac vice)
Anna Schneider
Montana Attorney General's Office
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Fax: (406) 442-1894
Brent.Mead2@mt.gov
Anna.Schneider@mt.gov

**FOR PLAINTIFF STATE OF KANSAS**

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Anthony J. Powell*
Anthony J. Powell
Solicitor General
Erin B. Gaide
Assistant Attorney General
120 SW 10th Avenue
Topeka, KS 66612-1597
Tel: (785) 296-7109
abhishek.kambli@ag.ks.gov
anthony.powell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**FOR PLAINTIFF STATE OF MISSOURI**

CATHERINE L. HANAWAY
ATTORNEY GENERAL

*/s/ William James Seidleck*
William James Seidleck
    (Pro hac vice)
Principal Deputy Solicitor General
Missouri Attorney General's Office
Old Post Office Building
815 Olive St. Suite 200
St. Louis, MO 63101
Tel: (573) 301-5359
Fax. (573) 751-0774
Email: william.seidleck@ago.mo.gov

*Attorneys for Plaintiff State of Missouri*

**FOR PLAINTIFF STATE OF NEBRASKA**

MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/ Eric J. Hamilton*
Eric J. Hamilton

*Counsel for Plaintiff State of Montana*

**FOR PLAINTIFF STATE OF OKLAHOMA**

GENTNER DRUMMOND
   ATTORNEY GENERAL

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
Solicitor General
   (Pro hac vice forthcoming)
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

**FOR PLAINTIFF STATE OF WYOMING**

KEITH G. KAUTZ
Wyoming Attorney General

/s/ Ryan Schelhaas
Ryan Schelhaas
Chief Deputy Attorney General
   (Pro hac vice)
109 State Capitol
Cheyenne, Wyoming 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

Solicitor General
ZACHARY B. POHLMAN
Assistant Solicitor General
   (Pro hac vice)
NEBRASKA DEPARTMENT OF JUSTICE
2115 State Capitol
Lincoln, Nebraska 68509
Telephone: (402) 471-2683
Fax: (402) 471-3297
eric.hamilton@nebraska.gov
zachary.pohlman@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

**FOR PLAINTIFF STATE OF WEST VIRGINIA**

JOHN B. MCCUSKY
Attorney General

/s/ Michael R. Williams
Michael R. Williams
Solicitor General
   (Pro hac vice)
OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25301
Telephone: (304) 558-2021
michael.r.williams@wvago.gov
Douglas L Davis
WV Attorney General's Office
   (Pro hac vice)
P.O. Box 1789
State Capitol, Building 6
1900 Kanawha Blvd. East, Ste 401
Charleston, WV 25326
304-558-8986
Fax: 304-558-0184
Email: douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

**CERTIFICATE OF SERVICE**

I hereby certify on this 5th day of January 2026, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

/s/ *David H. Thompson*
David H. Thompson

**CERTIFICATE OF CONFERENCE**

I certify that, pursuant to Local Rule CV-7(i), counsel for Plaintiff States provided counsel for Defendants with a redline showing the proposed amendments on January 5, 2026. Counsel for Plaintiff States then met and conferred with Counsel for Defendants by video conference. Counsel for Defendants consented to the filing of the Second Amended Complaint on the condition that Plaintiff States agree to a briefing schedule providing that Defendants have sixty (60) days to move to dismiss, the Plaintiff States then have forty-five (45) days in which to file their response, and Defendants then have thirty (30) days in which to file their reply. The Plaintiff States have agreed to this schedule.

/s/ *David H. Thompson*
David H. Thompson
