UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>                 Plaintiffs,<br><br>v.<br><br>BLACKROCK, INC.,<br>STATE STREET CORPORATION,<br>THE VANGUARD GROUP, INC.,<br><br>                 Defendants. | CIVIL ACTION NO. 6:24-cv-00437-JDK |

**STIPULATED ORDER OF DISMISSAL OF VANGUARD WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 and the settlement agreement reached between Plaintiffs and The Vanguard Group, Inc. ("Vanguard"), this action is hereby dismissed with prejudice as against Vanguard pursuant to the terms of the settlement.

SO STIPULATED:

*/s/ David H. Thompson*
David H. Thompson
D.C. Bar No. 450503
Peter A. Patterson
(Pro hac vice)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Counsel for Plaintiffs States of Texas and Montana*

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
Christopher J. Leavitt
State Bar No. 24053318
THE BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
tbuzbee@txattorneys.com
cleavitt@txattorneys.com
www.txattorneys.com

*Counsel for Plaintiff State of Texas*

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
*/s/ Austin Kinghorn*
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

*/s/ Robert D. Wick*
Robert D. Wick (pro hac vice)
 DC Bar No. 440817
 rwick@cov.com
John S. Playforth (pro hac vice)
 MA Bar No. 675766
 jplayforth@cov.com
Shadman Zaman (pro hac vice)
 NY Bar No. 5418199
 szaman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000

Bradley C. Weber
 State Bar No. 21042470
 brad.weber@troutman.com
Chase T. Cobb
 State Bar No. 24116208
 chase.cobb@troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 280
Dallas, Texas 75201
Tel: (214) 740-8497
Fax: (214) 756-8497

*Attorneys for Defendant The Vanguard Group, Inc.*

Texas Bar No.: 24072184
Office Of The Attorney General Of Texas
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Telephone: (512) 463-2012
Fax: (512) 320-0911
Austin.Kinghorn@oag.texas.gov
*Counsel for the State of Texas*


**FOR PLAINTIFF STATE OF ALABAMA**
STEVE MARSHALL
Attorney General of Alabama
*/s/ Robert M. Overing*
ROBERT M. OVERING
Deputy Solicitor General
(Pro hac vice)
Office Of The Attorney General Of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Robert.Overing@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*


**FOR PLAINTIFF STATE OF ARKANSAS**
TIM GRIFFIN
Arkansas Attorney General
*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
Solicitor General
Arkansas Bar Number 2025095
Texas Bar Number 24092947
Office Of The Arkansas Attorney General
101 West Capitol Ave.
Little Rock, Arkansas 72201
Telephone: (501) 682-2007
autumn.patterson@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*


**FOR PLAINTIFF STATE OF INDIANA**
THEODORE E. ROKITA
ATTORNEY GENERAL OF INDIANA
Attorney No. 18857-49

*/s/ Scott L. Barnhart*
Scott L. Barnhart, Atty. No. 25474-82
Chief Counsel and Director of Complex
Litigation
(Pro hac vice)
Office Of Indiana Attorney General Todd Rokita
Indiana Government Center South, 5th Floor,
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6309
Fax: (317) 232-7979
Email: Scott.Barnhart@atg.in.gov
*Counsel for Plaintiff State of Indiana*


**FOR PLAINTIFF STATE OF IOWA**
BRENNA BIRD
Attorney General of Iowa
*/s/ Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
PATRICK C. VALENCIA
Deputy Solicitor General
(Pro hac vice)
Office Of The Attorney General Of Iowa
1305 E. Walnut Street
Des Moines, Iowa 50319
Telephone: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
*Counsel for Plaintiff State of Iowa*

**FOR PLAINTIFF STATE OF KANSAS**
KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS
*/s/ James Rodriguez*
James Rodriguez
Assistant Attorney General
Anthony J. Powell
Solicitor General
120 SW 10th Avenue
Topeka, KS 66612-1597
Tel: (785) 368-8197
jay.rodriguez@ag.ks.gov
anthony.powell@ag.ks.gov

4

*Counsel for Plaintiff State of Kansas*


**FOR PLAINTIFF STATE OF LOUISIANA**
LIZ MURRILL
ATTORNEY GENERAL
*/s/ Ryan Nolan*
Ryan Nolan, LA Bar #37244
(Pro hac vice)
Assistant Attorney General
Public Protection Division
Complex Litigation Section
1885 North 3rd Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6400
Fax: (225) 326-6499
nolanry@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*


**FOR PLAINTIFF STATE OF MISSOURI**
CATHERINE L. HANAWAY
ATTORNEY GENERAL
*/s/ Graham Miller*
Graham Miller (pro hac vice)
Deputy Solicitor General
Office of the Attorney General
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 301-5359
Fax: (573) 751-0774
graham.miller@ago.mo.gov
*Counsel for Plaintiff State of Missouri*


**FOR PLAINTIFF STATE OF MONTANA**
AUSTIN KNUDSEN
Montana Attorney General
*/s/ Brent Mead*
Brent Mead
(Pro hac vice)
Anna Schneider
Montana Attorney General's Office
P.O. Box 200151
Helena, MT 59620-0151

Phone: (406) 444-4500
Fax: (406) 442-1894
Brent.Mead2@mt.gov
Anna.Schneider@mt.gov
*Counsel for Plaintiff State of Montana*

**FOR PLAINTIFF STATE OF NEBRASKA**
MICHAEL T. HILGERS
Attorney General of Nebraska
*/s/ Zachary B. Pohlman*
ZACHARY B. POHLMAN
Assistant Solicitor General
(Pro hac vice)
Nebraska Department Of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Telephone: (402) 471-2683
Fax: (402) 471-3297
zachary.pohlman@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

**FOR PLAINTIFF STATE OF OKLAHOMA**
GENTNER DRUMMOND
ATTORNEY GENERAL
*/s/ Garry M. Gaskins II*
Garry M. Gaskins, II
Solicitor General
(Pro hac vice)
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

**FOR PLAINTIFF STATE OF WEST VIRGINIA**
JOHN B. MCCUSKEY
Attorney General
*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS
Solicitor General
(Pro hac vice)

Office Of The Attorney General Of West
Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25301
Telephone: (304) 558-2021
michael.r.williams@wvago.gov
Douglas L. Davis
WV Attorney General's Office
(Pro hac vice)
P.O. Box 1789
State Capitol, Building 6
1900 Kanawha Blvd. East, Ste 401
Charleston, WV 25326
304-558-8986
Fax: 304-558-0184
Email: douglas.l.davis@wvago.gov
*Counsel for Plaintiff State of West Virginia*


**FOR PLAINTIFF STATE OF WYOMING**
KEITH G. KAUTZ
Wyoming Attorney General
*/s/ Ryan Schelhaas*
RYAN SCHELHAAS
Chief Deputy Attorney General
(Pro hac vice)
109 State Capitol
Cheyenne, Wyoming 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Plaintiff State of Wyoming*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 26th day of February 2026, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

<u>*/s/ David H. Thompson*</u>
David H. Thompson