IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-437-JDK |
| | § | |
| BLACKROCK, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL AS TO DEFENDANT VANGUARD

Plaintiffs and Defendant The Vanguard Group, Inc. presented to the Court a joint stipulation of dismissal with prejudice for claims between Plaintiffs and Vanguard. Docket No. 147. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice as to Vanguard. Each party shall bear its own costs and fees.

So **ORDERED** and **SIGNED** this **26th** day of **February, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE