**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-437-JDK |
| | § | |
| BLACKROCK, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO WITHDRAW**

Before the Court is Plaintiff State of Indiana's motion to withdraw Jesse Moore

as counsel for Indiana.  Docket No. 159.  Having considered the motion, the Court

finds it should be **GRANTED.**

Accordingly, it is **ORDERED** that Jesse Moore is hereby withdrawn as counsel

of record for Plaintiff State of Indiana in this action.

So **ORDERED** and **SIGNED** this **17th** day of  **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE