IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BLACKROCK, INC.,<br>STATE STREET CORPORATION,<br><br>*Defendants*. | CIVIL ACTION NO. 6:24-cv-00437-JDK |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL OF RECORD**

Defendant BlackRock Inc. ("BlackRock") files this Unopposed Motion to Withdraw Counsel of Record and requests that the Court permit Prerak Shah to withdraw as counsel of record in this matter and to terminate receipt of electronic notices. Plaintiffs do not oppose this motion. BlackRock will remain fully represented by Gibson, Dunn & Crutcher LLP and Wilmer, Culter, Pickering, Hale and Dorr LLP.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Gregg Costa*

Gregg Costa
State Bar No. 24028160
GCosta@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600

Rachel Brass (*pro hac vice*)
RBrass@gibsondunn.com
California Bar No. 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8306

Thomas Mueller (*pro hac vice*)
DC Bar No. 434459
Thomas.mueller@wilmerhale.com
Jennifer Milici (*pro hac vice*)
DC Bar No. 987096
Jennifer.milici@wilmerhale.com
Perry Lange
DC Bar No. 494339
Perry.lange@wilmerhale.com
John O'Toole (*pro hac vice*)
DC Bar No. 241862
John.o'toole@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

David Gringer (*pro hac vice*)
New York Bar No. 4879029
David.gringer@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Lauren Ige (*pro hac vice*)
California Bar No. 343644
Lauren.ige@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Telephone: (213) 443-5395
Facsimile: (213) 443-5400

*Attorneys for Defendant BlackRock, Inc.*

**CERTIFICATE OF CONFERENCE**

I certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

*/s/ Gregg Costa*

Gregg Costa

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically and served on all counsel of record by the Court's CM/ECF system on August 31, 2026.

*/s/ Gregg Costa*

Gregg Costa