**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-437-JDK |
| | § | |
| BLACKROCK, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING CONSENT MOTION FOR ENTRY OF STIPULATED TAR PROTOCOL**

Before the Court is the parties' Consent Motion for Entry of Stipulated TAR Protocol. Docket No. 164. The Stipulated TAR Protocol describes the methodology that Defendants intend to use for discovery in this litigation. Having considered the matter, the Court **GRANTS** the motion and **ORDERS** the entry of the Stipulated TAR Protocol (Docket No. 164, Ex. A).

So **ORDERED** and **SIGNED** this **2nd** day of **September, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE